**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION**

| | |
|---|---|
| SB DESIGNS, GARY SIDNEY and MAURICE SIDNEY, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| REEBOK INTERNATIONAL, LTD. and AND 1 INTERNATIONAL, | ) ) ) |
| Defendants. | ) |

JURY DEMAND

MAGISTRATE JUDGE KEYS

## COMPLAINT

Plaintiffs, SB Designs, Gary Sidney and Maurice Sidney, by their attorneys Christopher V.

Langone and Craig R. Frisch of the Langone Law Firm, complain against Defendants, Reebok

International, Ltd. and And 1 International, as follows:

### *INTRODUCTION*

1.  Plaintiffs demand a trial by jury.

2.  Plaintiffs seek redress for Defendants' violations of the Lanham Act and the Illinois

Unfair and Deceptive Trade Practices Act arising out of Defendants' infringement and misappropriation

of Plaintiffs' trademark which has resulted in damage to Plaintiffs.

### *JURISDICTION AND VENUE*

3.  Federal question jurisdiction exists because a claim is brought under the Lanham Act.

Supplemental jurisdiction arises in regard to the state law claim under 28 U.S.C. § 1367(a).

4.  Venue is proper in this district because the acts giving rise to this action occurred in

substantial part in this district.

### PARTIES

5.       SB Designs is an Illinois corporation. Gary Sidney and Maurice Sydney are officers and shareholders of SB Designs.

6.       Reebok, International Ltd., is a Massachusetts corporation.

7.       And 1 International is a Pennsylvania corporation.

### FACTS

8.       In the spring of 1992, Gary and Maurice Sidney created the Crossover King trademark and brand.

9.       Gary and Maurice Sidney are co-owners of SB Designs along with their brother Christian Sidney.

10.       SB Designs owns and controls the Crossover King trademark.

11.       Gary and Maurice Sidney were previously involved with a company called the Crossover Group.

12.       On April 9, 1993, the Crossover Group applied for registration of the CROSSOVER KING trademark with the U.S. Trademark Office.

13.       In 1994, Gary and Maurice Sidney terminated their business relationship with the Crossover Group and the registration of the CROSSOVER KING trademark was abandoned by the Crossover Group.

14.       In 1994, Maurice and Gary Sidney, along with Christian Sydney, formed SB Designs to market the CROSSOVER KING brand and distribute products with the CROSSOVER KING trademark.

2

15.     The purpose of SB Designs is to market basketball-related products and apparel using the CROSSOVER KING trademark.

### CROSSOVER KING Trademark History

16.     On December 19, 1994, Gary and Maurice Sidney applied for trademark registration for the CROSSOVER KING trademark.

17.     SB Designs has continuously used CROSSOVER KING since 1994 as the trademark for its products.

18.     The CROSSOVER KING trademark has the image of a basketball player in the action of a crossover dribble with a moving ball image with the use of the trade name, CROSSOVER KING, underscoring the logo.

19.     On November 14, 1995, the trademark was published for opposition.

20.     On April 12, 1996, a Notice of Opposition was filed by Sears because it believed that the CROSSOVER KING trademark infringed its Crossover Bra trademark.

21.     On March 25, 1997, the Opposition was dismissed.

22.     On February 24, 1998, the CROSSOVER KING trademark was registered. A copy of the registration is attached as Exhibit 1.

### Use of CROSSOVER KING Trademark in Commerce

23.     SB Designs currently markets basketball apparel with the CROSSOVER KING trademark.

24.     SB Designs currently distributes its CROSSOVER KING basketball apparel through trade shows, internet, and mail order sales.

3

25.     SB Designs currently markets its CROSSOVER KING products through the internet, magazine advertising, street marketing, trade shows, sponsorship of sports tournaments and sports teams and other basketball-related promotional events. Copies of examples of Plaintiff's use of the mark in commerce in this fashion are attached hereto as Exhibit 2.

26.     SB Designs is currently developing a new line of CROSSOVER KING basketball-related products and is attempting to broaden its marketing channels into retail outlets.

### *Reebok's Infringement of the CROSSOVER KING Trademark*

27.     Reebok is one of the world's leading sports and fitness companies.

28.     Reebok manufactures basketball footwear, apparel and equipment and promotes these products, and the REEBOK brand generally, in connection with high profile basketball events, broadcasts and athletes.

29.     Allen Iverson is a professional basketball player who, at times relevant to the facts alleged in this Complaint, played for the Philadelphia 76ers of the National Basketball Association.

30.     At all times relevant to this complaint Reebok and Allen Iverson had a close relationship under which Iverson would endorse Reebok basketball-related products and events. Allen Iverson's identity and likeness was used by Reebok and Iverson's endorsement and affiliation with Reebok was widely known among consumers of sports footwear, apparel, equipment and events.

31.     Believing that Reebok was interested in SB Designs' Crossover King trademark, Christian Sidney from SB Designs, on 6/13/97, sent letters to Henry Que Gaskins, Reebok Brand

4

Manager of Iverson Apparel, and to Paul Fireman, Reebok President & CEO, pitching the Crossover King concept. Copies of the letters are attached hereto as Exhibit 3.

32.     Christian Sidney received a letter from Kim S. Lessow, Reebok Ideas Submissions Coordinator, dated 7/7/97. The letter indicated that an "Idea Submissions Guidelines" document would need to be signed before Reebok would consider use of Crossover King, but that Reebok looked forward to hearing from SB Designs. The letter indicated that ideas are submitted "on a non-confidential basis and there is no confidential relationship of any kind between you (SB Designs) and Reebok...If Reebok enters into negotiations to acquire rights to any idea, such negotiations will not be considered an admission of novelty or usefulness of the idea, or of any priority or originality. Your rights to protect your idea are defined by any patent or copyright laws that may apply. Reebok is free to use similar ideas or inventions which may have been developed independently, submitted by others, or which are publicly known. Reebok's consideration of submitted material shall in no way impair Reebok's right to contest infringement or validity of any patent or copyright." SB Designs did not sign the document. Copies of the letters are attached hereto as Exhibit 4.

33.     During the summer of 1997 Maurice Sidney and/or Gary Sidney met with Reebok Sales Representative Alonzo Alexander on three occasions and Diego Ross, Reebok Urban Marketing Manager, on one occasion.

34.     Maurice Sidney first met Alonzo Alexander when he (Maurice) was working at Champs at River Oaks Mall. Maurice introduced the Crossover King concept to Alonzo while Alonzo was calling on the Champs account. Alonzo indicated that he liked the Crossover King concept and that he would discuss it with his immediate supervisor, Diego Ross.

35.     The second meeting between Maurice Sidney and Alonzo Alexander again took place at Champs. When Alonzo arrived, Maurice showed Alonzo a Crossover King tee shirt as a visual. Alonzo like the Crossover King graphic and indicated to Maurice that he (Alonzo) would get back to him with more information regarding Reebok's potential interest at a later date.

36.     Later, Diego Ross visited Champs at River Oaks. Diego Ross approached Maurice Sidney and introduced himself. They then discussed the Crossover King concept. Diego Ross expressed interest and advised Maurice to contact both Henry Que Gaskins, Reebok Brand Manager of Iverson Apparel and his boss, Peter Roby, Reebok Director of Basketball. He presented Maurice Sidney with phone numbers for both Henry Que Gaskins and Peter Roby.

37.     On 7/8/97, Christian Sidney sent a letter to Peter Roby, Reebok Brand Director of Basketball, and hand delivered a letter dated 7/14/97 to the home address of Diego Ross, Reebok Urban Marketing Manager of Basketball, pitching the Crossover King concept. Copies of the letters are attached hereto as Exhibit 5.

38.     Later, Maurice and Gary Sidney happenned to run into Alonzo Alexander at Popeye's Chicken Restaurant on 95th Street (South). They spoke about the Crossover King concept and Alonzo indicated that he, Diego Ross and Henry Que Gaskins discussed the Crossover King concept at some of their meetings. Alonzo gave Maurice positive affirmation regarding Reebok's interest in the Crossover King concept telling him not to worry because Crossover King was "at the top of the list" and that it was going to happen because at that time Reebok did not have a concept for a proposed Iverson apparel line. He indicated that a decision from Reebok would be made soon.

6

39.     After that meeting, neither Maurice or Gary Sidney saw or spoke to Alonzo Alexander or Diego Ross again.

40.     On 8/26/97 Christian Sidney sent follow up letters to Peter Roby and Henry Que Gaskins to determine if Reebok had an interest in the Crossover King concept. Copies of the letters are attached hereto as Exhibit 6.

41.     On 9/5/97 Henry Que Gaskins left Christian Sidney a voicemail message at 3:41 pm stating that he wanted to talk about Crossover King and determine where SB Designs was in the development of Crossover King. He asked Christian Sidney to leave him a message indicating what would be a good time for Que to reach him (Christian). Que Gaskins left his phone number.

42.     Christian Sidney left several follow up voice mails with Henry Que Gaskins but did not receive any responses.

43.     On 3/3/98 Christian Sidney sent Crossover King promotional art pieces to Henry Que Gaskins, Peter Roby and Paul Fireman.

44.     Peter Roby, Reebok Brand Director of Basketball, sent Christian Sidney a letter dated 3/6/98 declining interest in the Crossover King concept and returned the promotional art pieces. A copy of this letter is attached as Exhibit 7.

45.     Heather A. Snow, Reebok Legal Manager of Intellectual Property indicated in a letter dated 3/10/98 that one of the letters sent to Reebok upper management by Christian Sidney was forwarded to her Idea Submissions Department for review. She indicated that Reebok can not review non-technical ideas and informed Christian Sidney that Reebok would not consider SB Designs'

7

Crossover King concept. She returned the promotional art piece. A copy of this letter is attached as

Exhibit 8.

46. On 3/17/98, Henry Que Gaskins called Christian Sidney and spoke about the

Crossover King and Crossover Queen concept for about 1 hour. In the phone call Henry Que Gaskins

indicated the following:

- Gaskins felt that SB Designs' Crossover King concept had potential and that he would like to explore discussions about using it in the Iverson 13 Apparel Line.

- Gaskins felt that there was a great deal of potential for SB Designs' Crossover Queen concept.

- Gaskins indicated that there was potential for Reebok to license Crossover King from SB Designs' for a summer apparel line for Iverson as he did not have one at the time.

- Gaskins indicated an interest in licensing Crossover Queen from SB Designs' for the Women's Summer Leagues (WNBA, ABL).

- Gaskins instructed Christian Sidney to contact Kate Urekew, Product Manager for Men's and Women's Basketball Apparel, and Kathy O'Connell, Basketball Manager for ABL and WNBA, by letter and to send them the Crossover King and Crossover Queen promotional art pieces.

- Gaskins instructed Christian Sidney to indicate in the letters to Kate Urekew and Kathy O'Connell that he (Christian) had spoken with him (Que); and to mention that Que said that, "the Crossover King concept has potential and he would like to explore discussions about using it in the Iverson apparel line." Que also instructed Christian to inform Kate and Kathy about the discussion involving Reebok's potential use of Crossover Queen.

- Gaskins indicated to Christian Sidney that when Kate Urekew and Kathy O'Connell received the letters, they would call him, and, if they were on board (primarily Kate Urekew) he would like to have SB Designs come to Reebok's corporate office to give a presentation.

- Gaskins indicated that Reebok would possibly license SB Designs' Crossover King and Crossover Queen trademarks for the summer or an entire basketball season depending on what they (Reebok management) thought of the presentation.

- Gaskins indicated that he showed the Crossover King art piece to Allen Iverson and that they both liked the logo, but that it would need to be used under the existing Reebok I3 brand.

- Gaskins provided Christian Sidney with a direct phone and fax number and indicated that he (Christian) could call him any time.

- Gaskins also indicated to Christian Sidney that he (Christian) may want to keep Adidas on the back burner for consideration (as an option for licensing).

47.    On 3/24/98, Christian Sidney sent a letter to Henry Que Gaskins re-iterating the contents of the phone conversation. Christian at that time supplied him with a Crossover Queen promotional art piece. In addition, letters were sent to Kate Urekew and Kathy O'Connell along with Crossover King and Crossover Queen promotional art pieces as Que Gaskins instructed. A copy of this letter is attached as Exhibit 9.

48.    Kate Urekew sent Christian Sidney a letter dated 4/6/98 declining interest in the Crossover King and Crossover Queen concepts. A copy of this letter is attached as Exhibit 10.

49.    Christian Sidney left a voice mail for Henry Que Gaskins on 4/8/98 to update him concerning Kate Urekew's decline letter and to ascertain if the refusal meant that Reebok was not interested and to determine if he (Gaskins) received Christian Sidney's letter with the Crossover Queen art piece. Gaskins did not respond.

50.    Christian Sidney left another voicemail for Henry Que Gaskins on 6/2/98 to inquire about Reebok's interest or non-interest in Crossover King. Gaskins did not respond.

9

51.     Christian Sidney left another voicemail for Henry Que Gaskins on 7/13/98 to inquire about Reebok's interest or non-interest in Crossover King. Gaskins did not respond.

52.     Christian Sidney left another voicemail for Henry Que Gaskins on 8/10/98 to inquire about Reebok's interest or non-interest in Crossover King. Gaskins did not respond.

53.     Christian Sidney reached Henry Que Gaskins by phone on 9/22/98 and inquired about Reebok's interest in Crossover King.  Gaskins indicated that everything was put on hold until the new CEO of Reebok gave direction.  Christian Sidney sent a follow up fax to Henry Que Gaskins on 9/22/98 re-iterating SB Designs' interest in doing business with Reebok and provided Gaskins with updated contact information.

54.     In lieu of no further response from Henry Que Gaskins, Christian Sidney sent a letter dated 12/17/98 to Carl J. Yankowski, the new President and CEO of Reebok, and to Angel Martinez, Chief Marketing Officer of the Reebok Brand pitching the Crossover King and Crossover Queen concepts. A copy of this letter is attached as Exhibit 11.

55.     Kathleen Joyce, Reebok's Idea Submissions Coordinator, sent a letter to Christian Sidney dated 12/29/98 indicating that one of Christian's letters was forwarded to her as part of the Idea Submissions Program. She indicated that the Idea Submissions Guidelines form must be signed for Reebok to consider SB Designs' idea. SB Designs did not sign the document.  A copy of this letter is attached as Exhibit 12.

56.     In early 1999 (Jan – Feb), Christian Sidney contacted Henry Que Gaskins by phone and asked for a final answer regarding Reebok's interest in the Crossover King concept. Gaskins indicated somewhat vaguely that the direction that Reebok was leaning in was that they may probably

10

simply move forward with the I3 concept. Que indicated that SB Designs may want to consider Adidas as a potential partner. After this conversation SB Designs broke off all contact with Reebok.

57. Henry Que Gaskins never returned the Crossover King and Crossover Queen promotional art pieces that were sent to him by Christian Sidney.

58. In Spring 1999, SB Designs discovered various internet sites that promoted Allen Iverson, Reebok and the I3 Apparel line using SB Designs' Crossover King trademark and began to document these sites.

59. In early 2000 Christian, Maurice and Gary Sidney first met Peter Capolini from Mitchell & Ness, a company that markets NBA licensed apparel, at their first Magic Apparel Trade Show in Las Vegas.

60. Upon seeing SB Designs' Crossover King booth and banner, Peter Capolini stated to Christian, Maurice and Gary Sidney, "There's only one Crossover King, and he's in Philly!", referring to Reebok endorsed NBA star Allen Iverson of the Philadelphia 76ers.

61. Peter Capolini stated to Christian Sidney that he had direct access to Henry Que Gaskins, manager of Iverson apparel; and both Allen Iverson and his mother, Ann Iverson. He stated that if SB Designs would provide him with some athletic apparel, he would get them directly to Allen Iverson and Ann Iverson in an attempt to get them on board and facilitate a partnership between Reebok and SB Designs.

62. SB Designs declined Peter Capolini's offer.

63. Peter Capolini later asked Christian Sidney if the Crossover King name and trademark was protected. Christian Sidney indicated that it was.

64.     At the end of the tradeshow, Peter Capolini asked if he could take a picture of SB Designs' Crossover King booth. SB Designs agreed, afterwhich Peter Capolini very quickly and anxiously took pictures of the booth, banner, and individual product shots of Crossover King t-shirts, shorts and caps.

65.     SB Designs provided both Peter Capolini and his wife with gifts of Crossover King and Crossover Queen apparel as a gesture of goodwill.

66.     In September of 2000, SB Designs discovered Allen Iverson's Crossover Promotions website. This is Allen Iverson's promotional company, which is sponsored by Reebok, that used an image and name that infringed SB Designs' Crossover King trademark to promote Reebok, Allen Iverson and the Reebok/Allen Iverson I3 Apparel line leveraging SB Designs' crossover concept. The site sells Crossover Promotions' Crossover Basketball Apparel & Accessories, Reebok/Iverson's I3 Apparel Line (including shoes), Iverson's "Off the Clock" Apparel Line, Iverson videos, Iverson merchandise, etc. In addition to selling apparel and merchandise, Crossover Promotions/Reebok sponsor charitable events and receive public exposure via the media, business professionals, and sports and entertainment celebrities using the Crossover Promotions name and image which infringes SB Designs' Crossover King trademark. The site marketed clothing under the name the "Crossover Line." An illustrative example of one of the many printouts of this website is attached hereto as Exhibit 13

67.     Reebok also permitted its mark to be used in connection with promotion of Allen Iverson on the Internet as the "Crossover King." An illustrative example of one of these websites is attached hereto as Exhibit 14.

12

68.     The Allen Iverson Chamber is one of the largest Allen Iverson sites on the web.  It contains hundreds of pictures, movies, box score and other information about Iverson.  It is also a major internet distribution channel for Reebok shoes.

69.     In late 2000 and early 2001, the Allen Iverson Chamber prominently promoted itself, Iverson and Reebok merchandise by using the phrase "CrossoverKing."  An illustrative example of one of the many printouts of this website is attached hereto as <u>Exhibit 15</u> On information and belief, Reebok sponsored, permitted and/or profited from the Allen Iverson Chamber and its infringing use of Plaintiff's mark.

70.     There were numerous other websites that marketed and promoted Iverson and/or sold Reebok merchandise in conjunction with the use of the phrase "Crossover King."

71.     In March of 2001 SB Designs sent cease and desist letters to various infringing websites that used SB Designs' Crossover King trademark to promote Reebok, Reebok endorsed NBA star Allen Iverson, and the Reebok/Allen Iverson 13 Apparel Line.

72.     The infringing websites continued to infringe the Crossover King trademark after March 2001 and in many cases to the present.

73.     In 2002, SB Designs discovered a Reebok commercial featuring Allen Iverson and Jada Kiss that insinuated that Allen Iverson was the "Crossover King."

74.     In 2002, SB Designs discovered on the Crossover Promotions website streaming video of Allen Iverson performing his crossover dribble and the moving ball image fading into the Crossover Promotions visual logo, with the Crossover Promotions name sorrounding the logo. This visually replicated SB Designs' Crossover King trademark and infringed the Crossover King trademark

13

75. SB Designs sent two cease and desist letters to Crossover Promotions/Reebok in 2002.

76. Crossover Promotions/Reebok continues to infringe the Crossover King trademark to this day.

### AND 1's Infringement of the CROSSOVER KING Trademark

77. In December of 2000, SB Designs discovered an AND1 discussion group that used SB Designs trademark name Crossover King to draw people to the site. The site has been operational from at least 1998-2001. Specifically, the AND1 representative on the site used the phrase "crossover king" as his on-line name or "handle." As an example of this use, which shows both the confusion generated by Internet search engines, official use of the name by And1 (see e.g., post # 40 in the discussion group) as well as AND 1's product, newsletter and mixtape promotions using the name, see Exhibit 16.

78. The AND1 Egroups site used SB Designs' trademark name Crossover King to draw people to its site and has links to the AND1 Basketball site which has AND1 product updates, product reviews, product photographs, AND1 news, etc. all for the marketing of AND1 products.

79. In March 2001, SB Designs sent a cease & desist letter to the AND1 site owner. The site owner did not respond.

80. In 2002, SB Designs discovered that AND1 sold merchandise (namely shoes) called the "NASTY CROSSOVER UNIVERSITY" line with the image of a basketball player doing a crossover on the shoe. This is confusingly similar to SB Designs' CROSSOVER KING trademark. AND1 also produced a "CROSSOVER" tee.

14

81.     In April 2002, SB Designs sent a cease & desist to AND1 company and sought to

settle the matter without litigation. AND1 did not respond. On information and belief, AND1's

infringement continues to this day.

### The Lanham Act

82.     The relevant provisions of the Lanham Act are

15 U.S.C. §1114 provides, in relevant part:

> (1)     Any person who shall, without the consent of the registrant--
>
>> (a)     use in commerce any reproduction, counterfeit, copy, or colorable imitation of a registered mark in connection with the sale, offering for sale, distribution, or advertising of any goods or services on or in connection with which such use is likely to cause confusion, or to cause mistake, or to deceive; or
>>
>> (b)     reproduce, counterfeit, copy, or colorably imitate a registered mark and apply such reproduction, counterfeit, copy, or colorable imitation to labels, signs, prints, packages, wrappers, receptacles or advertisements intended to be used in commerce upon or in connection with the sale, offering for sale, distribution, or advertising of goods or services on or in connection with which such use is likely to cause confusion, or to cause mistake, or to deceive.

15 U.S.C. §1125 provides, in relevant part

> (1)     Any person who, on or in connection with any goods or services, or any container for goods, uses in commerce any word, term, name, symbol, or device, or any combination thereof, or any false designation of origin, false or misleading description of fact, or false or misleading representation of fact, which--
>
> (A) is likely to cause confusion, or to cause mistake, or to deceive as to the affiliation, connection, or association of such person with another person, or as to the origin, sponsorship, or

15

approval of his or her goods, services, or commercial activities by another person, or

(B) in commercial advertising or promotion, misrepresents the nature, characteristics, qualities, or geographic origin of his or her or another person's goods, services, or commercial activities,

shall be liable in a civil action by any person who believes that he or she is or is likely to be damaged by such act.

### Damages to Plaintiffs' Business

83. The Defendants and each of them destroyed Plaintiffs' business by their acts of infringement. On account of the above-described acts – both individually and by virtue of the cumulative effects of Defendants' actions – Plaintiffs were unable to create a distinct place in the market for basketball related apparel, sponsor promotions and tournaments and otherwise carry out their business plan. The value of the business that was destroyed, as well as the percentage allocation of fault attributable to the actions of each Defendant is a matter for the jury to determine.

### COUNT I
### *Violation of the Lanham Act*
### *(Against Reebok)*

84. Plaintiffs reallege and incorporate paragraphs 1-82 into this count.

85. Reebok engaged in acts that violated the Lanham Act in at least the following ways:

- Reebok violated 15 U.S.C. §1114 and §1125 when it marketed and promoted its own good and products under a mark and logo deceptively similar to Plaintiff's cross-over king logo and design.

16

- Reebok violated 15 U.S.C. §1114 and §1125 when it marketed, promoted and/or acquiesced on the goodwill of Plaintiff's mark by marketing and promoting and/or acquiescing in the marketing and sale of its own products by using the name "Crossover King" in connection with the sale and marketing of its own products, clothing lines and promotional events.

- Reebok violated 15 U.S.C. §1114 and §1125 when it permitted, authorized and encouraged the sale of its products by virtue of a websites that repeatedly used the mark Crossover King both in its text and metatags.

- Reebok violated 15 U.S.C. §1114 and §1125 when it permitted, authorized, co-sponsored and encouraged the sale and promotion of products and basketball tournaments in conjunction with "Crossover promotions," an organization's whose name and logo is deceptively similar to Plaintiff's and results in or is likely to result in consumer confusion.

- Alternatively, and in addition, Reebok violated 15 U.S.C. §1114 and §1125 by using Plaintiff's mark in conjunction with the marketing and promotion of its own products, high-profile athletes and events, Reebok the confused the public and caused it to assume the Plaintiff's products were really associated with its own. The result being that Plaintiff lost and continues to lose the value of the trademark – its product identity,

17

corporate identity, control over its goodwill and reputation, and ability to move into new markets.

WHEREFORE, Plaintiff, SB Designs, asks that this Court enter judgment in its favor and against Defendant Reebok and award damages as follows:

a.    Actual damages in an amount to be proven at trial;

b.    Injunctive relief;

c.    Reasonable attorney fees and costs; and

d.    Any such other relief the court deems appropriate.

<div align="center">

**COUNT II**
*Violation of Illinois Unfair and Deceptive Trade Practices Act*
*(Against Reebok)*

</div>

86.    Plaintiffs reallege and incorporate paragraphs 1-82 into this count.

87.    Reebok infringed and misappropriated the CROSSOVER KING trademark in connection with the marketing of its products and authorized web-site promotions.

88.    Reebok caused a likelihood of confusion or of misunderstanding as to the source, sponsorship, approval or certification of the "Crossover King" trademark in connection with the marketing of its products and authorized web-site promotions.

89.    Reebok caused a likelihood of confusion or of misunderstanding as to affiliation, connection or association with or certification of the "Crossover King" trademark in connection with the marketing of its products and authorized web-site promotions.

90.    Reebok used a deceptive representation in connection with the "Crossover King" trademark in connection with the marketing of its products and authorized web-site promotions.

<div align="center">18</div>

91.     This conduct took place in the course of trade and commerce.

92.     SB Designs was damaged as a proximate result of the conduct of Reebok.

93.     Reebok willfully and maliciously violated the Illinois Uniform Deceptive Trade Practices Act.

WHEREFORE, Plaintiff, SB Designs, asks that this Court enter judgment in its favor and against Defendant Reebok and award damages as follows:

    a.      Actual damages in an amount to be proven at trial;

    b.      Injunctive relief;

    c.      Reasonable attorney fees and costs; and

    d.      Punitive damages in an amount sufficient to deter Reebok. and similarly situated businesses from engaging in this type of conduct.

    e.      Any such other relief the court deems appropriate.

### COUNT III
### *Violation of the Lanham Act*
### *(Against AND 1)*

94.     Plaintiffs reallege and incorporate paragraphs 1-82 into this count.

95.     AND 1 engaged in acts that violated the Lanham Act in at least the following ways:

•       AND 1 violated 15 U.S.C. §1125 by using, authorizing and/or profiting from the use of the email address and on-line handle "crossover king" to actively promote AND 1 apparel and link to the AND 1 site that showcases AND 1 apparel and to retail outlets that carry the apparel.

•       AND 1 violated 15 U.S.C. §1125 by using, authorizing and/or profiting from the use of

19

the email address and on-line handle "crossover king" to conduct market research for AND 1 in order to ascertain which shoes are most popular in the market among some target consumers and to solicit input as to which athletes consumers feel AND 1 should pursue for possible endorsements.

- AND 1 violated 15 U.S.C. §1125 by using, authorizing and/or profiting from the use of the email address and on-line handle "crossover king" to promote and market the AND 1 "Crossover Mids" gym shoe (which also infringes the Crossover King trademark.)

- AND 1 violated 15 U.S.C. §1125 by using the email address and on-line handle "crossover king" to actively promotes AND 1 mixtapes – a tape of streetball players showcasing their skills in various tournaments and demonstrations spliced together with popular rap music receive the above mentioned t-shirts and tapes.

WHEREFORE, Plaintiff, SB Designs, asks that this Court enter judgment in its favor and against Defendant AND 1 and award damages as follows:

a. Actual damages in an amount to be proven at trial;

b. Injunctive relief;

c. Reasonable attorney fees and costs; and

d. Any such other relief the court deems appropriate.

## COUNT IV
### *Violation of Illinois Unfair and Deceptive Trade Practices Act*
### *(Against AND 1)*

96. Plaintiffs reallege and incorporate paragraphs 1-82 into this count.

20

97. AND1 infringed and misappropriated the CROSSOVER KING trademark connection with the marketing of its products and authorized web-site promotions.

98. AND 1 caused a likelihood of confusion or of misunderstanding as to the source, sponsorship, approval or certification of the "Crossover King" trademark connection with the marketing of its products and authorized web-site promotions.

99. AND 1 caused a likelihood of confusion or of misunderstanding as to affiliation, connection or association with or certification of the "Crossover King" trademark connection with the marketing of its products and authorized web-site promotions.

100. AND 1 used a deceptive representation in connection with the "Crossover King" trademark connection with the marketing of its products and authorized web-site promotions.

101. AND 1 represented that the "Crossover King" trademark connection with the marketing of its products and authorized web-site promotions.

102. This conduct took place in the course of trade and commerce.

103. SB Designs was damaged as a proximate result of the conduct of AND 1.

104. AND 1 willfully and maliciously violated the Illinois Uniform Deceptive Trade Practices Act.

WHEREFORE, Plaintiff, SB Designs, asks that this Court enter judgment in its favor and against Defendant AND 1, and award damages as follows:

    a. Actual damages in an amount to be proven at trial;

    b. Injunctive relief;

    c. Reasonable attorney fees and costs; and

d.   Punitive damages in an amount sufficient to deter AND1 and similarly situated businesses from engaging in this type of conduct.

e.   Any such other relief the court deems appropriate.

Respectfully submitted,
SB Designs, Gary Sydney and Maurice Sydney, Plaintiffs

By: _____
One of Plaintiffs' Attorneys

Christopher V. Langone
Craig R. Frisch
The Langone Law Firm
25 East Washington, Suite 1805
Chicago, IL 60602
312-782-2000

*Trademark History*

1A

## U.S. Trademark Electronic Search System (TESS)

*TESS was last updated on Thu Nov 23 04:11:44 EST 2000*

`PTO HOME` `TRADEMARK` `TESS HOME` `NEW USER` `STRUCTURED` `FREE FORM` `BROWSE DICT` `PREV LIST` `NEXT LIST` `BOTTOM` `HELP`

`Logout` | *Please logout when you are done to release system resources allocated for you.*

`Start` | **List At:** [ ] **OR** `Jump` | **to record:** [ ]

## 4 Records(s) found (This page: 1 ~ 4)

| | Serial Number | Reg. Number | Word Mark | Live/Dead Indicator |
|---|---|---|---|---|
| 1 | 76067045 | | CROSSOVER KING | LIVE |
| 2 | 74612864 | 2139349 | CROSSOVER KING | LIVE |
| 3 | 74377291 | | CROSSOVER KING | DEAD |
| 4 | 74329134 | | HOT PIX | DEAD |

`PTO HOME` `TRADEMARK` `TESS HOME` `NEW USER` `STRUCTURED` `FREE FORM` `BROWSE DICT` `PREV LIST` `NEXT LIST` `TOP` `HELP`

**EXHIBIT**

**1**

SBD 000552

.../showfield?f=toc&state=gccbs8.1.1&p_search=searchstr&Search+History=&p_L=50&p_plur 11/23/00



**U.S. Trademark Electronic Search System (TESS)**

*TESS was last updated on Thu Nov 23 04:11:44 EST 2000*

PTO HOME · TRADEMARK · TESS HOME · NEW USER · STRUCTURED · FREE FORM · BROWSE DICT · BOTTOM · HELP · PREV LIST
CURR LIST · NEXT LIST · FIRST DOC · PREV DOC · NEXT DOC · LAST DOC

Logout | Please logout when you are done to release system resources allocated for you.

Start | List At: [ ] OR Jump | to record: [ ] **Record 1 out of 4**

Check Status (*TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS*)

**Typed Drawing**

| | |
|---|---|
| **Word Mark** | **CROSSOVER KING** |
| **Goods and Services** | IC 016. US 002 005 022 023 029 037 038 050. G & S: MAGAZINES, BULLETINS, NEWSLETTERS POSTERS ADDRESS BOOKS, GENERAL PURPOSE PLASTIC BAGS, MERCHANDISE BAGS PARTY BAGS, PAPER BANNERS, BASKETS FOR DESK ACCESSORIES POSTER BOARD, BOOKENDS, BUMPER STICKERS, PLAYING CARDS, TRIVIA CARDS, GAMES, GIFT CARDS, GIFT WRAPPING PAPER, AND PENNANTS. FIRST USE: 19970200. FIRST USE IN COMMERCE: 19970200 |

IC 025. US 022 039. G & S: CLOTHING, NAMELY, T-SHIRTS, JERSEYS, SWEATSHIRTS, TANK TOPS JACKETS, CAPS, HATS, SHORTS, PANTS, SHOES, SOCKS, JOGGING SUITS, SWEAT SUITS, POLO SHIRTS, SWEAT PANTS, JOGGING PANTS UNDERWEAR SWIM WEAR COATS, LEATHER COATS, BANDANNAS, HEAD BANDS, NECK BANDS WRIST BANDS, SWEAT BANDS, BOOTS, GYM SHOES, TENNIS SHOES, AEROBIC SHOES ATHLETIC FOOTWEAR, ATHLETIC UNIFORMS, BAGS, AND WALKING SHOES. FIRST USE: 19970200. FIRST USE IN COMMERCE: 19970200

IC 035. US 100 101 102. G & S: RETAIL STORE AND ON-LINE SERVICES FEATURING CLOTHING AN D SPORTS RELATED INFORMATION AND PARAPHENALIA AND MEMORABILIA. FIRST USE: 19970200. FIRST USE IN COMMERCE: 19970200

IC 041. US 100 101 107. G & S: AND ENTERTAINMENT AND EDUCATIONAL SERVICES, NAMELY ORGANIZING, ARRANGING AND CONDUCTING BASKETBALL CAMPS AND PROVIDING ON-LINE INTERACTIVE INFORMATION SERVICES VIA A GLOBAL COMPUTER NETWORK

SBD 000553

FEATURING INFORMATION RELATING TO AMATEUR AND PROFESSIONAL BASKETBALL LEAGUES, PLAYERS AND GAMES, BASKETBALL CAMPS, BASKETBALL INSTRUCTION, AND ATHLETIC AND EDUCATIONAL COMPETITIONS. FIRST USE: 19970200. FIRST USE IN COMMERCE: 19970200

| | |
|---|---|
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 76067045 |
| **Filing Date** | June 2, 2000 |
| **Owner** | (APPLICANT) SB Designs, Inc. CORPORATION ILLINOIS 1312 South Finley Road Suite #3G Lombard ILLINOIS 60148 |
| **Attorney of Record** | John S. Kendall. Esq. |
| **Type of Mark** | TRADEMARK. SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

PTO HOME  TRADEMARK  TESS HOME  NEW USER  STRUCTURED  FREE FORM  BROWSE DICT  TOP  HELP  PREV LIST
CURR LIST  NEXT LIST  FIRST DOC  PREV DOC  NEXT DOC  LAST DOC

SBD 000554

**Thank you for your request. Here are the latest results from the** TARR web server.

**Serial Number:** 76067045

**Registration Number:** (NOT AVAILABLE)

**Mark (words only):** CROSSOVER KING

**Current Status:** Newly filed application, not yet assigned to an examining attorney.

**Date of Status:** 2000-09-22

**Filing Date:** 2000-06-02

**Registration Date:** (DATE NOT AVAILABLE)

**Law Office Assigned:** TMEG Law Office 106

---

### CURRENT APPLICANT(S)/OWNER(S)

1. SB Designs, Inc.

### GOODS AND/OR SERVICES

MAGAZINES, BULLETINS, NEWSLETTERS POSTERS ADDRESS BOOKS, GENERAL
PURPOSE PLASTIC BAGS, MERCHANDISE BAGS PARTY BAGS, PAPER BANNERS,
BASKETS FOR DESK ACCESSORIES POSTER BOARD, BOOKENDS, BUMPER STICKERS,
PLAYING CARDS, TRIVIA CARDS, GAMES, GIFT CARDS, GIFT WRAPPING PAPER, AND
PENNANTS

CLOTHING, NAMELY, T-SHIRTS, JERSEYS, SWEATSHIRTS, TANK TOPS JACKETS, CAPS,
HATS, SHORTS, PANTS, SHOES, SOCKS, JOGGING SUITS, SWEAT SUITS, POLO SHIRTS,
SWEAT PANTS, JOGGING PANTS UNDERWEAR SWIM WEAR COATS, LEATHER COATS,
BANDANNAS, HEAD BANDS, NECK BANDS WRIST BANDS, SWEAT BANDS, BOOTS, GYM
SHOES, TENNIS SHOES, AEROBIC SHOES ATHLETIC FOOTWEAR, ATHLETIC UNIFORMS,
BAGS, AND WALKING SHOES

RETAIL STORE AND ON-LINE SERVICES FEATURING CLOTHING AN D SPORTS
RELATED INFORMATION AND PARAPHENALIA AND MEMORABILIA

AND ENTERTAINMENT AND EDUCATIONAL SERVICES, NAMELY ORGANIZING,
ARRANGING AND CONDUCTING BASKETBALL CAMPS AND PROVIDING ON-LINE
INTERACTIVE INFORMATION SERVICES VIA A GLOBAL COMPUTER NETWORK
FEATURING INFORMATION RELATING TO AMATEUR AND PROFESSIONAL
BASKETBALL LEAGUES, PLAYERS AND GAMES, BASKETBALL CAMPS, BASKETBALL
INSTRUCTION, AND ATHLETIC AND EDUCATIONAL COMPETITIONS

---

### PROSECUTION HISTORY                               SBD 000555

(NOT AVAILABLE)

---

## CONTACT INFORMATION

**Attorney of Record:** John S. Kendall, Esq.

**Address:**
JOHN S. KENDALL, ESQ.
DAVIS & KENDALL, P.C.
188 W. RANDOLPH, SUITE 626
CHICAGO, IL 60601
US

SBD 000556



**U.S. Trademark Electronic Search System (TESS)**

*TESS was last updated on Thu Nov 23 04:11:44 EST 2000*

PTO HOME TRADEMARK TESS HOME NEW USER STRUCTURED FREE FORM BROWSE DICT BOTTOM HELP PREV LIST
CURR LIST NEXT LIST FIRST DOC PREV DOC NEXT DOC LAST DOC

Logout | Please logout when you are done to release system resources allocated for you.

Start | List At: [　　] OR Jump to record: [　　] Record 2 out of 4

Check Status *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | **CROSSOVER KING** |
| **Goods and Services** | IC 025. US 022 039. G & S: shorts, T-shirts, jackets, caps, shoes, sweatsuits, sweatbands and tank tops. FIRST USE: 19970200. FIRST USE IN COMMERCE: 19970200 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 020102 020119 020919 210301 260116 261127 |
| **Serial Number** | 74612864 |
| **Filing Date** | December 19, 1994 |
| **Filed ITU** | FILED AS ITU |
| **Published for Opposition** | November 14, 1995 |
| **Registration Number** | 2139349 |
| **Registration Date** | February 24, 1998 |
| **Owner** | (REGISTRANT) SIDNEY, GARY INDIVIDUAL UNITED STATES 10640 |

SBD 000557

South Perry Chicago ILLINOIS 60628

(REGISTRANT) SIDNEY, MAURICE INDIVIDUAL UNITED STATES 10640
South Perry Chicago ILLINOIS 60628

| | |
|---|---|
| **Attorney of Record** | JAMES T HARRIS |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

PTO HOME  TRADEMARK  TESS HOME  NEW USER  STRUCTURED  FREE FORM  BROWSE DICT  TOP  HELP  PREV LIST
CURR LIST  NEXT LIST  FIRST DOC  PREV DOC  NEXT DOC  LAST DOC

SBD 000558

**Thank you for your request. Here are the latest results from the TARR web server.**

**Serial Number:** 74612864

**Registration Number:** 2139349

**Mark**



**(words only):** CROSSOVER KING

**Current Status:** Registered.

**Date of Status:** 1998-02-24

**Filing Date:** 1994-12-19

**Registration Date:** 1998-02-24

**Law Office Assigned:** TMEG Law Office 108

---

### CURRENT APPLICANT(S)/OWNER(S)

1. SIDNEY, MAURICE
2. SIDNEY, GARY

### GOODS AND/OR SERVICES

shorts, T-shirts, jackets, caps, shoes, sweatsuits, sweatbands and tank tops

### PROSECUTION HISTORY

1998-02-24 - REGISTERED-PRINCIPAL REGISTER

1997-12-17 - ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED

1997-11-17 - COMMUNICATION RECEIVED FROM APPLICANT

1997-10-22 - NON-FINAL ACTION MAILED

1997-10-01 - ASSIGNED TO EXAMINER

1997-09-29 - STATEMENT OF USE PROCESSING COMPLETE

SBD 000559

1997-06-09 - USE AMENDMENT FILED

1997-05-06 - NOTICE OF ALLOWANCE-MAILED

1997-03-25 - OPPOSITION TERMINATED NO. 999999

1997-03-25 - OPPOSITION DISMISSED NO. 999999

1996-05-07 - OPPOSITION INSTITUTED NO. 999999

1995-12-13 - EXTENSION OF TIME TO OPPOSE FILED

1995-11-14 - PUBLISHED FOR OPPOSITION

1995-10-13 - NOTICE OF PUBLICATION

1995-07-18 - APPROVED FOR PUB - PRINCIPAL REGISTER

1995-06-14 - EXAMINERS AMENDMENT MAILED

1995-05-25 - NON-FINAL ACTION MAILED

1995-05-11 - ASSIGNED TO EXAMINER

---

## CONTACT INFORMATION

**Attorney of Record:** JAMES T HARRIS

**Address:**
MR MAURICE SIDNEY
10649 S HALE #3B
CHICAGO IL 60643
US

SBD 000560



## U.S. Trademark Electronic Search System (TESS)

*TESS was last updated on Thu Nov 23 04:11:44 EST 2000*

| PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSER DICT | BOTTOM | HELP | PREV LIST |
| CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

**Logout** Please logout when you are done to release system resources allocated for you.

**Start** | List At: [          ] OR **Jump** to record: [          ]   Record 3 out of 4

**Check Status** *(TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)*

### Typed Drawing

| | |
|---|---|
| **Word Mark** | **CROSSOVER KING** |
| **Goods and Services** | (ABANDONED) IC 025. US 039. G & S: sports clothes; namely, shorts, T-shirts, tank tops, sweat shirts, sweat pants, hats, pants, shirts, and jackets |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 74377291 |
| **Filing Date** | April 9, 1993 |
| **Filed ITU** | FILED AS ITU |
| **Published for Opposition** | September 14, 1993 |
| **Owner** | (APPLICANT) Crossover Group, Inc., The CORPORATION ILLINOIS 1721 North Milwaukee Avenue Chicago ILLINOIS 60647 |
| **Attorney of Record** | Joel E. Siegel |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | DEAD |
| **Abandonment Date** | July 7, 1995 |

| PTO HOME | TRADEMARK | TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSER DICT | TOP | HELP | FIRST LIST |
| CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

SBD 000561

**Thank you for your request. Here are the latest results from the TARR web server.**

**Serial Number:** 74377291

**Registration Number:** (NOT AVAILABLE)

**Mark (words only):** CROSSOVER KING

**Current Status:** Abandoned after an inter partes decision by the Trademark Trial and Appeal Board.

**Date of Status:** 1995-07-07

**Filing Date:** 1993-04-09

**Registration Date:** (DATE NOT AVAILABLE)

**Law Office Assigned:** TMEO Law Office #10

## CURRENT APPLICANT(S)/OWNER(S)

1. Crossover Group, Inc., The

## GOODS AND/OR SERVICES

sports clothes; namely, shorts. T-shirts, tank tops, sweat shirts, sweat pants, hats, pants, shirts, and jackets

## PROSECUTION HISTORY

1995-07-07 - ABANDONMENT - AFTER INTER PARTES DECISION

1995-07-08 - OPPOSITION TERMINATED NO. 999999

1995-07-07 - OPPOSITION SUSTAINED NO. 999999

1994-05-06 - OPPOSITION INSTITUTED NO. 999999

1993-10-14 - EXTENSION OF TIME TO OPPOSE FILED

1993-09-14 - PUBLISHED FOR OPPOSITION

1993-08-13 - NOTICE OF PUBLICATION

1993-07-12 - APPROVED FOR PUB - PRINCIPAL REGISTER

1993-07-07 - ASSIGNED TO EXAMINER

SBD 000562

## CONTACT INFORMATION

**Attorney of Record:** Joel E. Siegel

**Address:**
JOEL E. SIEGEL
DRESSLER, GOLDSMITH, SHORE, SUTKER
& MILNAMOW, LTD.
2 PRUDENTIAL PLAZA, 180 N. STETSON
CHICAGO, IL 60601
US

SBD 000563

11/23/00

# THE KING

# IS COMING!

## HAVE YOU SEEN HIM?



**Our Message**

**COK Concept** | **Our Products** | **Order Form**
**Are You A COK star ?** | **COK Contest** | **Who We Are** | **Our Vision** | **Crossover Queen**

**EXHIBIT**
2

SBD 000577

# CROSSOVER KING™

## DO YOU KNOW HIM?



**Previous**      **Next**

**Home | COK Concept | Our Products | Order Form**
**Are You A COK star ? | COK Contest | Who We Are | Our Vision | Crossover Queen**

SBD 000578

# HE'S HERE!



**Previous**     **Next**

**Home | COK Concept | Our Products | Order Form**
**Are You A COK star ? | COK Contest | Who We Are | Our Vision | Crossover Queen**

SBD 000579



**Previous**          **Next**

Crossover King
Copyright © 1993 SB Designs, Inc
All Rights Reserved

**Home | COK Concept | Our Products | Order Form**
**Are You A COK star ? | COK Contest | Who We Are | Our Vision | Crossover Queen**

SBD 000580



**CROSSOVER KING™**
**BASKETBALL GEAR**



**Home | COK Concept | Order Form**
**Are You A COK star? | COK Contest | Who We Are | Our Vision | Crossover Queen**

# CLOTHING FIT FOR A KING!



No true King would enter his court if he is not properly dressed! So (before you step on the court) if you're a true Crossover King™ player who's...

### "Got the Move Get the Gear!"ᴤᴍ

Crossover King™ Practice T's. 100% pre-shrunk cotton. Printed logo on front and back. T-shirt sizes: LG, XL and XXL. Colors: Black, White

*Other slammin' colors coming at you soon!*



Shirts are only $20

$4.50 S&H add $1.00 for each additional item

Illinois residents add 6.75% sales tax



Previous     Next

Home | COK Concept | Order Form
Are You A COK star? | COK Contest | Who We Are
Our Vision | Crossover Queen





**Previous**     **Next**

**Home | COK Concept | Order Form**
**Are You A COK star ? | COK Contest | Who We Are**
**Our Vision | Crossover Queen**

# EVERY KING HAS A CROWN!

...So crown yourself with an official Crossover King™ basketball cap and become *true* Crossover King™ royalty!

Crossover King™ caps are made of soft brushed cotton. Pro style caps with constructed front.

Color: Black w/white embroidered logo type.

*Other slammin' colors will be coming at you soon!*



Caps are only $17

$4.50 S&H add $1.00 for each additional item

Illinois residents add 6.75% sales tax

SBD 000583

6/1/02



# You Want Some Gear?
## Cool!

Just simply fill out the order form and fax to
SB Design, Inc. @630-679-0946
or send with payment to the address below
(Phone: 630-679-0944)

Name _____ Age _____ Phone _____

Address _____ City _____ State ____ Zip _____

### T-Shirts = $20.00 each          ### Basketball Caps = $17.00 each

Color = **Black**        **White**                    **Black**
     **Quantity**     **Quantity**           **Quantity**

LG     _____        _____     One Size   _____

XLG   _____        _____

XXLG _____        _____

Total Shirt Quantity _____ x $20.00 = $ _____

Total Cap Quantity _____ x $17.00 = $ _____

Sub Total = $ _____

(For Illinois Residents only) 6.75% Sales Tax = $ _____

*Postage and Handling = $ _____

($4.50 plus $1.00 each additional item)

Total Amount Enclosed = $ _____

Pay by: _____ Cashiers Check _____ Check _____ Money Order

_____ Visa _____ Mastercard _____ Amex _____ Discover

Credit Card Number _____

Expiration Date _____

Authorized Signature _____

*Note: (U.S. only) For bulk orders please call for shipping and handling
Illinois residents add 6.75% sales tax ($1.35 per shirt and $1.15 per cap).

Please make Check and Money Order payment to:

SB Designs, Inc.

   

Home | Our Product | COK Concept | Are you a COK star? | COK Contest | Who We Are | Our Vision | Crossover Queen

# The Crossover King™ Concept



The creation of the Crossover King™ concept has its origin in the dreams and aspirations of an 8 year old boy. One day while outside shooting hoops with both his dad and his uncle, this boy was asked if he would like to be able to slam dunk like a professional basketball player. For an 8 year old boy, his answer was surprising, especially since at that time the popularity of the dunk was at its peak. "Forget being able to dunk!", he exclaimed. "I want to be the next Crossover King™ superstar!!!" Confident in his aspiration and encouraged by his father, he then turned forward and continued dribbling the ball towards the basket, completing a smooth lay-up for two points. This is how the Crossover King™ concept was born.

The crossover dribble has been around for many years and has been utilized by many notable crossover athletes in the NBA, at the college and high school levels, in gyms all across the nation and in the tough basketball arena of the street paved courts. This awesome move has become the most dangerous offensive ground attack known to the game of basketball, and it is in honor of all of the crossover players worldwide that Crossover King™ Athletic Apparel was created.

Many of you Crossover King™ players out there are starving for a new concept, a fresh new look that complements your crossover skillz. When was the last time you had some serious crossover gear? Well, we introduce **to you, for you,** the one and only authentic Crossover King™ Apparel Line, fashionable, yet suitable for court action. So, if you *"Got the Move, Get the Gear*sm*"* and remember, with practice, anyone can be a Crossover King™ star!

## Who We Are

SB Designssm is a company that specializes in the creation of sports concepts, logos and designs for men's and women's basketball apparel. SB Designssm is located in Lombard, Illinois approximately 30 minutes west of the Chicago Loop. We are a small company with "big", creative ideas. Our goal is to meet the needs of an ever-changing consumer market in need of creative ideas and exciting new products.

## Our Vision

SB Designssm is on the cutting edge of concept development and design for basketball apparel. We at SB Designssm wanted to create something unique and different - something that speaks to today's youth and the *current* trends in basketball. We believe in bringing to our consumers quality, style and up to date flash and flair. That is why SB Designssm has undertaken the most challenging and exciting of all its projects to date... the simultaneous

SBD 000586

launch of a line of athletic apparel for both men and women based on the hottest new trend of the new millennium... the crossover dribble! We present to you for the first time anywhere, the Crossover King™ and Crossover Queen™ Basketball Apparel Lines! The **"Total Crossover Concepts**sм**"**

Home | Our Product | Are you a COK star? | COK Contest | Who We Are | Our Vision | Crossover Queen



## ARE YOU A CROSSOVER KING™ STAR?

Do you have a crossover move that can break any defender's ankles?

Can you crossover a defender so tough that you leave him tripping over his own feet, standing in his tracks or defending your shadow?

Do you like looking good on the court while you make your opponent look bad with your crossover move?

If you answered yes to any of these questions then you are *definitely* a Crossover King™star and Crossover King™ Basketball Gear is especially for *YOU!!*

**Next**

**Home | COK Concept | Our Products | Order Form | COK Contest | Who We Are | Our Vision | Crossover Queen**



We got "MADD" Crossover King™Gear with a customized, stylized logo, designed just for you Crossover King™ "Players" out there in web land!

We got fresh Crossover King™ Practice T's. Comes in 2 colors: black with white logo and logo type; white with black logo and logo type.

We got fresh Crossover King™ Basketball Caps with slammin' Crossover King™ embroidered logo type on the front. Comes in black with white embroidery.

And much more to come!

<u>Previous</u>      <u>Next</u>

<u>Home</u> | <u>COK Concept</u> | <u>Our Products</u> | <u>Order Form</u> | <u>Are You A COK star?</u>
<u>COK Contest</u> | <u>Who We Are</u> | <u>Our Vision</u> | <u>Crossover Queen</u>



...So crossover from being just a average dude with a crossover to being a Crossover King™star, and be the _first_ to sport the "One and Only", the freshest Crossover King™Gear on any side of the planet!

And remember, any true king must be crowned and outfitted in royal gear! Only a TRUE Crossover King™ player will "play" Crossover King™Gear!

So if you're a "True to the Name, True to the Game" Crossover King™star and you **"GOT THE MOVE, GET THE GEAR!"**sm

Be sure to check out the Crossover King™ Breakin' Ankles Crossover Contest and _Win Free Crossover King™ Gear!_

**Previous**

**Home | COK Concept | Our Products | Order Form | Are You A COK star?
COK Contest | Who We Are | Our Vision | Crossover Queen**



## *Win* Free Crossover King™ Basketball Gear by entering the Crossover King™ Breakin' Ankles Crossover Contest!

*WIN* a Crossover King™ T-shirt -officially ordaining you as a true Crossover King™ player!

*Win* a Crossover King™ Basketball Cap (Crown) crowning you officially as Crossover King™ royalty!

*Win* an opportunity to be selected "Crossover King™ Player of the Month" and made part of a team of elite Crossover King™ stars. We will post your name and a picture of you dressed in your new Crossover King™ Gear in your favorite (crossover) pose on our website for all the world to see!

To find out how to enter click here:    

.... And remember, if you *"Got the Move, Win the Gear!"*sm

**Next**

**Home | COK Concept | Our Products | Order Form**
**Are You A COK star ? | Who We Are | Our Vision | Crossover Queen**



## ENTRY RULES:

1. Send us an e-mail at ckcontest@x-overking.com with your favorite "breakin' ankles" story about how you crossed somebody over with your "madd" crossover dribble.   Include your name, age, e-mail address and geographic location (where you're from).
2. Send in your story between the first and last day of the month to make sure you are included in the selection for that month (i.e. if you send in your story between January 1 and January 31 your story will be in the selection for January.)
3. Winner will be selected each month by a team of Crossover King™ players and notified by e-mail of his victory. Winner then sends a return e-mail with full name, mailing address, shirt size and shirt color selection then "BAM"..... it's in the mail! (Both a free Crossover King™ T-shirt *and* cap)
4. Then you take a picture of yourself decked out in your new Crossover King™ gear in your favorite crossover pose and send it to us in the mail at:

    SB Designs, Inc.
    Crossover King™ Contest
    P.O. Box 1612
    Lombard, IL 60148

    or by e-mail so we can post you on our website as Crossover King™ Player of the Month for all the world to see!

By entry into this contest, winners authorize the use of their names, stories, pictures and/or likenesses by SB Designs, Inc. for advertising and promotional purposes without any additional compensation.  Winners also agree that all submissions made to enter  the Crossover King™ Breakin' Ankles Crossover Contest remain the exclusive property of SB Designs, Inc.

## Previous

### Home | COK Concept | Our Products | Order Form
### Are You A COK star? | Who We Are | Our Vision | Crossover Queen



**Got _the_ Move**
**Get _the_ Gear!™**

the Ultimate in
**CROSSOVER KING™** _Apparel!_

ORDER INSIDE

COMING SOON TO A STORE NEAR YOU!

THE ULTIMATE IN
**CROSSOVER KING™**
**APPAREL!**

SB DESIGNS, INC.



## ARE YOU A
## CROSSOVER KING™ STAR?

Do YOU have a crossover dribble that can break any defenders ankles?

Can YOU crossover a defender so tough that you leave him tripping over his own feet...

...or standing in his tracks, guarding your shadow?

Do YOU like looking good on the court (in your fresh **CROSSOVER KING** gear) while you make your opponent look bad with your crossover move???

If you answered YES to any of the above questions, then you are definitely a **CROSSOVER KING** star and **CROSSOVER KING** basketball gear is especially for you!

SBD 000593



**Got the Move Get the Gear!**

**CROSSOVER KING™ BASKETBALL GEAR**

CROSSOVER KING™ GEAR is for anyone who wants to be a CROSSOVER KING™ star. CROSSOVER KING™ GEAR is suited for the league player to the neighborhood players on the street-paved courts. With practice anyone can be a CROSSOVER KING™ star.

Shirts are 100% premium cotton (pre-shrunk), with logo displaying the crossover move in action.

CROSSOVER KING™ Caps are made of soft brushed cotton. Comes in black with white embroidered logo type on front. Fabric strap on back.

No true king would enter his court without being properly dressed, so if you're going to the court and you...

*"Got the Move, Get the GEAR!"*

**YOU WANT SOME GEAR? COOL!**

Just simply fill out the order form and mail it to:
SB Designs, Inc., P.O. Box #1612
Lombard, IL 60148

| NAME | | | | Age |
|---|---|---|---|---|
| ADDRESS | | | Phone# | |
| CITY | | State | Zip | |

T-SHIRT SIZE (WHITE)  MED ☐  LG ☐  XL ☐  XXL ☐
QUANTITIES

T-SHIRT SIZE (BLACK)  MED ☐  LG ☐  XL ☐  XXL ☐
QUANTITIES

BASKETBALL CAP  BLACK ☐  QUANTITIES

SALES TOTAL PLUS S&H

$_____

PAY BY:  CASHIERS CHECK ☐  CHECK ☐  MONEY ORDER ☐
VISA ☐  MASTER CARD ☐  AMEX ☐  DISCOVER ☐

CARD#_____  EXPIRATION DATE:_____

SIGNATURE_____

**CROSSOVER KING™** printed label on back of T-Shirt

CROSSOVER KING

**CROSSOVER KING™** basketball cap (black)
**$17** ADD $4.30 S&H

**TO ORDER BY PHONE**
# 1-630-691-8290

TO ORDER BY FAX

SBD 000594

**A. CROSSOVER KING™** (white) Practice T-Shirt
**$20** ADD $4.50 S&H

**B. CROSSOVER KING™** (black) Practice T-Shirt
**$20** ADD $4.50 S&H

1-d

SBD 000595





SBD 000848



**CROSSOVER KING™**

June 13, 1997

Mr. Henry Que Gaskins
Manager/Basketball Dept.
Reebok International
Stoughton, MA 02072

Dear Mr. Gaskins,

My name is Christian Sidney and I am a co-partner of SBD (Sidney Boyz Designs) Company with my brothers Gary Sidney and Maurice Sidney. We are a company that specializes in the creation and design of sports logos and concepts for basketball attire.

I am writing to you, Mr. Gaskins, because I wanted to inform you that SBD Company has created a concept with a logo and designs that we feel would not only be very valuable to Reebok, but would fit perfectly into Reebok's strategy to fully exploit Allen Iverson's crossover dribble. This concept leverages the growing popularity of the "crossover dribble" among urban youth (the MTV Generation) and in the news media and is known as "CROSSOVER KING™"!

In the mid 1980's, Nike acquired an exciting young athlete by the name of Michael Jordan. His aerial acrobatic style of play earned him the nick-name "Air" Jordan and Nike's "Air" concept was born. This concept has led to many basketball shoe line extensions that have netted them hundreds of millions over the course of the last 12 years, and has allowed them a virtual strangle hold on athletes that embody the "Air" or "above the rim" style of play. Nothing has been done however, to secure the post-Michael Jordan or the MTV generation, a generation that is fascinated by players who possess awesome ball handling skills and a devastating crossover dribble.

Allen Iverson is representative of this generation, and armed with a devastating crossover and blinding speed, he has been hailed by many as the newest CROSSOVER KING™! Just like the "Air" concept allowed Nike to capitalize on the "above the rim" type of players, the "CROSSOVER KING™" concept will allow Reebok to capture this newest generation of exciting ball handlers! In addition, this concept can be built upon and applied to future crossover stars.

At a time such as now, when new, up and coming crossover stars such as Allen Iverson, are starting to emerge, we at SBD Company feel strongly that <u>now</u> is the time for us to present to you a concept that will firmly establish and solidify Reebok's hold on the post Michael Jordan generation, a new generation of "crossover stars" that we at SBD Company call the "CROSSOVER KING™" generation.

We would like very much to present our concept and accompanying designs to you in the very near future. It is our hope and intention to enter into a mutually beneficial business venture with Reebok. Please feel free to contact us at your earliest convenience. Thank you for your time and consideration.

Sincerely,


Christian Sidney
SBD Company/ Co-Partner
421 S. Elmwood #20
Oak Park, IL 60302
(708) 848-2401


**P.S.** Enclosed are co-partner biographics and an introduction to CROSSOVER KING™ .

**EXHIBIT**

3

SBD 000676



**CROSSOVER KING™**

June 13, 1997

Mr. Paul Fireman
President/CEO
Reebok International
Stoughton, MA 02072

Dear Mr. Fireman,

My name is Christian Sidney and I am a co-partner of SBD (Sidney Boyz Designs) Company with my brothers Gary Sidney and Maurice Sidney. We are a company that specializes in the creation and design of sports logos and concepts for basketball attire.

I am writing to you, Mr. Fireman, because I wanted to inform you that SBD Company has created a concept with a logo and designs that we feel would not only be very valuable to Reebok, but would fit perfectly into Reebok's strategy to fully exploit Allen Iverson's crossover dribble. This concept leverages the growing popularity of the "crossover dribble" among urban youth (the MTV Generation) and in the news media and is known as "CROSSOVER KING™"!

In the mid 1980's, Nike acquired an exciting young athlete by the name of Michael Jordan. His aerial acrobatic style of play earned him the nick-name "Air" Jordan and Nike's "Air" concept was born. This concept has led to many basketball shoe line extensions that have netted them hundreds of millions over the course of the last 12 years, and has allowed them a virtual strangle hold on athletes that embody the "Air" or "above the rim" style of play. Nothing has been done however, to secure the post-Michael Jordan or the MTV generation, a generation that is fascinated by players who possess awesome ball handling skills and a devastating crossover dribble.

Allen Iverson is representative of this generation, and armed with a devastating crossover and blinding speed, he has been hailed by many as the newest CROSSOVER KING™! Just like the "Air" concept allowed Nike to capitalize on the "above the rim" type of players, the "CROSSOVER KING™" concept will allow Reebok to capture this newest generation of exciting ball handlers! In addition, this concept can be built upon and applied to future crossover stars.

At a time such as now, when new, up and coming crossover stars such as Allen Iverson, are starting to emerge, we at SBD Company feel strongly that <u>now</u> is the time for us to present to you a concept that will firmly establish and solidify Reebok's hold on the post Michael Jordan generation, a new generation of "crossover stars" that we at SBD Company call the "CROSSOVER KING™" generation.

We would like very much to present our concept and accompanying designs to you in the very near future. It is our hope and intention to enter into a mutually beneficial business venture with Reebok. Please feel free to contact us at your earliest convenience. Thank you for your time and consideration.

Sincerely,

Christian Sidney
SBD Company/ Co-Partner
421 S. Elmwood #20
Oak Park, IL 60302
(708) 848-2401

P.S. Enclosed are co-partner biographies and an introduction to CROSSOVER KING™.

SBD 000677

R1 of 2



July 7, 1997

Mr. Christian Sidney
421 S. Elmwood #20
Oak Park, IL 60302

Dear Mr. Sidney:

Thank you for taking the time to contact us about an idea that you would
like Reebok to consider. I am pleased to provide you with information
concerning how to submit your idea to us.

Our program is designed to arrange for the orderly review of technical
product ideas that are protected by issued patents or pending patent
applications. The company's policy is not to accept or consider ideas of a
non-technical nature. That is, Reebok will not consider marketing,
advertising, promotional or design (which are only in drawing form) ideas.
As you probably know, Reebok has a large staff of employees and highly
skilled outside specialists to develop these kinds of ideas for the
company.

As you can imagine, we receive a large number of telephone calls and
letters daily from individuals requesting information about our program.
In order to respond to the volume of submissions and avoid
misunderstandings, we have found it necessary to request that submitters
follow certain procedures before we will consider their ideas.
Accordingly, please review carefully and then sign and date the enclosed
"Idea Submissions Guidelines" if you want us to consider your idea. You
may then return the signed document to me along with the technical product
idea submission materials you would like Reebok to review. You should
retain a copy of the signed "Idea Submissions Guidelines" for your own
records.

Thank you again for your interest in Reebok. We look forward to hearing
from you.

Sincerely,

Kim S. Lessow
Idea Submissions Coordinator

Enclosure

**EXHIBIT**

4

SBD 000382

Reebok International Ltd. 100 Technology Center Drive, Stoughton, MA 02072 USA Tel 617-341-5000

R2 of 2



## IDEA SUBMISSIONS GUIDELINES

### Your Idea or Invention
Each year, many people with interesting and original ideas for products, accessories or processes submit them to Reebok. Sometimes these ideas prove feasible for development; sometimes they do not. Reebok is pleased to review these creative suggestions from people who have an interest in our company and products. But before the company begins that process, it is very important that both the person submitting the idea and Reebok have a mutual understanding of each other's rights with regard to the new idea. For that reason, we have the following guidelines for submission of new ideas.

### Put Your Idea in its Best Form
When submitting your idea for consideration, it is important to make sure that it is complete and easily understood. It should be documented in writing (preferably typed) and you should include any pertinent designs or illustrations. You should send copies of the material rather than originals whenever possible. We will make every effort to return the material, but we cannot guarantee that. If your idea or invention is covered by a copyright registration, patent or patent application, you should include a copy of it with your documents.

By submitting an idea as your own, you represent and warrant that, to the best of your knowledge, you are the sole originator and owner of the new idea, and that you have the legal right to negotiate with Reebok concerning it.

### The Review Process
It is difficult to say how long reviewing your idea will take. Obviously, the content of the idea or suggestion dictates to some extent the procedure we will follow. Generally, your idea or suggestion will be evaluated as soon as possible after we receive this signed document. The idea will probably be considered by a number of Reebok people, and it may also be studied by people from outside the company. It usually takes about three weeks for your idea to be evaluated. When we have completed our evaluation, we will notify you whether the company is interested in pursuing the idea or not. Due to the confidential nature of much of the work that is ongoing at Reebok, we may not be able to give you a reason for our decision.

### Rights and Obligations
It is very important to understand that you are submitting your idea on a <u>non-confidential basis</u> and there is <u>no confidential relationship</u> of any kind between you and Reebok. Reebok has no obligation of any kind, whether equitable or contractual, express or implied, other than to review the disclosed material to the extent necessary to determine whether there is an interest by Reebok in securing rights to the idea. If Reebok enters into negotiations to acquire rights to any idea, such negotiations will not be considered an admission of novelty or usefulness of the idea, or of any priority or originality.

Your rights to protect your idea are defined by any patent or copyright laws that may apply. Reebok is free to use similar ideas or inventions which may have been developed independently, submitted by others, or which are publicly known. Reebok's consideration of submitted material shall in no way impair Reebok's right to contest infringement or validity of any patent or copyright.

By signing this document, you are agreeing that you have read, understood and accepted the conditions. Any dispute concerning this document or the procedure shall be governed by the laws of the Commonwealth of Massachusetts, U.S.A.

### If You Have Any Questions
If you have further questions about this procedure, you may call the Reebok Idea Submissions Coordinator at 617-341-5000. If you have questions about your legal rights, you should consult your attorney.



AGREED AND UNDERSTOOD:

DATE: _____

SUBMITTER'S SIGNATURE

PRINTED/TYPED NAME OF SUBMITTER

SBD 000383

E:\S\PA\RBK.AOR REV 1.0 8/25/93

**Reebok International Ltd. 100 Technology Center Drive, Stoughton, MA 02072 USA Tel 617-341-5000**



**CROSSOVER KING™**

July 8, 1997

Mr. Peter Roby
Brand Director/Basketball Dept.
Reebok International

Dear Mr. Roby,

My name is Christian Sidney and I am a co-partner of SBD (Sidney Boyz Designs) Company with my brothers Gary Sidney and Maurice Sidney. We are a company that specializes in the creation and design of sports logos and concepts for basketball attire.

I am writing to you, Mr. Roby, because I wanted to inform you that SBD Company has created a concept with a logo and designs that we feel would not only be very valuable to Reebok, but would fit perfectly into Reebok's strategy to fully exploit Allen Iverson's crossover dribble. This concept leverages the growing popularity of the "crossover dribble" among urban youth (the MTV Generation) and in the news media and is known as "CROSSOVER KING™"!

In the mid 1980's, Nike acquired an exciting young athlete by the name of Michael Jordan. His aerial acrobatic style of play earned him the nick-name "Air" Jordan and Nike's "Air" concept was born. This concept has led to many basketball shoe line extensions that have netted them hundreds of millions over the course of the last 12 years, and has allowed them a virtual strangle hold on athletes that embody the "Air" or "above the rim" style of play. Nothing has been done however, to secure the post-Michael Jordan or the MTV generation, a generation that is fascinated by players who possess awesome ball handling skills and a devastating crossover dribble.

Allen Iverson is representative of this generation, and armed with a devastating crossover and blinding speed, he has been hailed by many as the newest CROSSOVER KING™! Just like the "Air" concept allowed Nike to capitalize on the "above the rim" type of players, the "CROSSOVER KING™" concept will allow Reebok to capture this newest generation of exciting ball handlers! In addition, this concept can be built upon and applied to future crossover stars.

At a time such as now, when new, up and coming crossover stars such as Allen Iverson, are starting to emerge, we at SBD Company feel strongly that now is the time for us to present to you a concept that will firmly establish and solidify Reebok's hold on the post Michael Jordan generation, a new generation of "crossover stars" that we at SBD Company call the "CROSSOVER KING™" generation.

We would like very much to present our concept and accompanying designs to Reebok in the very near future. It is our hope and intention to enter into a mutually beneficial business venture with Reebok. Please feel free to contact us at your earliest convenience. Thank you for your time and consideration.

Sincerely,

Christian Sidney
SBD Company/ Co-Partner
421 S. Elmwood #20
Oak Park, IL 60302
(708) 848-2401

P.S. Enclosed are co-partner biographies and an introduction to CROSSOVER KING™.

**EXHIBIT**

**5**

SBD 000371



**CROSSOVER KING**™



July 14, 1997

Mr. Diego Ross
Urban Marketing Manager/Basketball Dept.
Reebok International

Dear Mr. Ross,

My name is Christian Sidney and I am a co-partner of SBD (Sidney Boyz Designs) Company with my brothers Gary Sidney and Maurice Sidney. We are a company that specializes in the creation and design of sports logos and concepts for basketball attire.

I am writing to you, Mr. Ross, because I wanted to inform you that SBD Company has created a concept with a logo and designs that we feel would not only be very valuable to Reebok, but would fit perfectly into Reebok's strategy to fully exploit Allen Iverson's crossover dribble. This concept leverages the growing popularity of the "crossover dribble" among urban youth (the MTV Generation) and in the news media and is known as "CROSSOVER KING™"!

In the mid 1980's, Nike acquired an exciting young athlete by the name of Michael Jordan. His aerial acrobatic style of play earned him the nick-name "Air" Jordan and Nike's "Air" concept was born. This concept has led to many basketball shoe line extensions that have netted them hundreds of millions over the course of the last 12 years, and has allowed them a virtual strangle hold on athletes that embody the "Air" or "above the rim" style of play. Nothing has been done however, to secure the post-Michael Jordan or the MTV generation, a generation that is fascinated by players who possess awesome ball handling skills and a devastating crossover dribble.

Allen Iverson is representative of this generation, and armed with a devastating crossover and blinding speed, he has been hailed by many as the newest CROSSOVER KING™! Just like the "Air" concept allowed Nike to capitalize on the "above the rim" type of players, the "CROSSOVER KING™" concept will allow Reebok to capture this newest generation of exciting ball handlers! In addition, this concept can be built upon and applied to future crossover stars.

At a time such as now, when new, up and coming crossover stars such as Allen Iverson, are starting to emerge, we at SBD Company feel strongly that <u>now</u> is the time for us to present to you a concept that will firmly establish and solidify Reebok's hold on the post Michael Jordan generation, a new generation of "crossover stars" that we at SBD Company call the "CROSSOVER KING™" generation.

We would like very much to present our concept and accompanying designs to Reebok in the very near future. It is our hope and intention to enter into a mutually beneficial business venture with Reebok. Please feel free to contact us at your earliest convenience. Thank you for your time and consideration.

Sincerely,

Christian Sidney
SBD Company/ Co-Partner
421 S. Elmwood #20
Oak Park, IL 60302
(708) 848-2401

**P.S.** Enclosed are co-partner biographies and an introduction to CROSSOVER KING™ .

SBD 000686



August 26, 1997

Mr. Peter Roby
Brand Director/Basketball Dept.
Reebok International

Dear Mr. Roby,

I am a representative and co-partner of SBD Company with brothers Gary Sidney and Maurice Sidney, and we are the owners of the CROSSOVER KING™ logo, design, copyright and trademark (serial #74612864). I am following up on the letter that I sent to you dated 7/14/97 and my telephone message to you on 7/15/97 concerning SBD Company's interest in formally presenting our CROSSOVER KING™ concept and accompanying designs to Reebok.

SBD Company has conducted market research over the past two years that not only indicates that the crossover dribble is the hottest new trend among inner city youth, but that this trend is growing tremendously! We at SBD Company are confident that the CROSSOVER KING™ concept captures the essence of this trend like no other concept can! In addition, our research indicates that the popularity of Allen Iverson's crossover dribble among inner city youth ranks him as one of the greatest crossover stars in the NBA. Therefore, Reebok, working in conjunction with SBD Company, can firmly establish in the minds of inner city youth that Allen Iverson is the one-and-only CROSSOVER KING™!

As a result of our research, SBD Company designers have spent an entire year creating a portfolio of designs for Reebok that link the CROSSOVER KING™ concept to Allen Iverson as a basketball player (and perhaps one of the greatest crossover stars ever), while fully leveraging Reebok brand equity and brand name awareness!

SBD Company is extremely confident that the CROSSOVER KING™ concept can be as successful for Reebok as the "Air" concept has been for Nike. The Hip-Hop Generation is a generation that is fascinated with athletes who possess great ball handling skills and a devastating crossover dribble. CROSSOVER KING™ is the only basketball athletic wear concept that leverages this growing trend. It is our hope and intention to enter into a licensing contractual agreement with Reebok Inc. in order to take advantage of this fantastic opportunity.

It is our sincere desire to enter into a mutually beneficial business venture with Reebok; however, as of 7/15/97, we have received no response in reference to Reebok's interest in pursuing our CROSSOVER KING™ concept. We at SBD Company would like the opportunity to formally present our concept and portfolio of designs (which incorporate the following: Reebok symbol, Reebok brand name, variations of Allen Iverson's name, variations of CROSSOVER KING™ name and image) to Reebok upper management sometime in mid or late September 1997.

I look forward to speaking with you about setting a date for us to come in and give our presentation, as well as the possibility of creating a licensing contractual agreement between SBD Company and Reebok Inc. in the very near future. I will follow up with a telephone call within two weeks, but please feel free to contact me at anytime regarding CROSSOVER KING™. Thank you for your time and consideration.

Sincerely,

Christian Sidney

Christian Sidney
SBD Company/ Co-Partner
421 S. Elmwood #20
Oak Park, IL 60302
(708) 848-2401

**EXHIBIT**

6

CC: Mr. Henry Que Gaskins

SBD 000678



August 26, 1997

Mr. Henry Que Gaskins
Brand Manager /Basketball Dept.
Reebok International

Dear Mr. Gaskins,

     I am a representative and co-partner of SBD Company with brothers Gary Sidney and Maurice Sidney, and we are the owners of the CROSSOVER KING™ logo, design, copyright and trademark (serial #74612864). I am following up on the letter that I sent to you dated 6/13/97 concerning SBD Company's interest in formally presenting our CROSSOVER KING™ concept and accompanying designs to Reebok.

     SBD Company has conducted market research over the past two years that not only indicates that the crossover dribble is the hottest new trend among inner city youth, but that this trend is growing tremendously! We at SBD Company are confident that the CROSSOVER KING™ concept captures the essence of this trend like no other concept can! In addition, our research indicates that the popularity of Allen Iverson's crossover dribble among inner city youth ranks him as one of the greatest crossover stars in the NBA. Therefore, Reebok, working in conjunction with SBD Company, can firmly establish in the minds of inner city youth that Allen Iverson is the one-and-only CROSSOVER KING™!

     As a result of our research, SBD Company designers have spent an entire year creating a portfolio of designs for Reebok that link the CROSSOVER KING™ concept to Allen Iverson as a basketball player (and perhaps one of the greatest crossover stars.ever), while fully leveraging Reebok brand equity and brand name awareness!

     SBD Company is extremely confident that the CROSSOVER KING™ concept can be as successful for Reebok as the "Air" concept has been for Nike. The Hip-Hop Generation is a generation that is fascinated with athletes who possess great ball handling skills and a devastating crossover dribble. CROSSOVER KING™ is the only basketball athletic wear concept that leverages this growing trend. It is our hope and intention to enter into a licensing contractual agreement with Reebok Inc. in order to take advantage of this fantastic opportunity.

     It is our sincere desire to enter into a mutually beneficial business venture with Reebok; however, as of 7/15/97, we have received no response in reference to Reebok's interest in pursuing our CROSSOVER KING™ concept. We at SBD Company would like the opportunity to formally present our concept and portfolio of designs (which incorporate the following: Reebok symbol, Reebok brand name, variations of Allen Iverson's name, variations of CROSSOVER KING™ name and image) to Reebok upper management sometime in mid or late September 1997.

     I look forward to speaking with you about setting a date for us to come in and give our presentation, as well as the possibility of creating a licensing contractual agreement between SBD Company and Reebok Inc. in the very near future. I will follow up with a telephone call within two weeks, but please feel free to contact me at anytime regarding CROSSOVER KING™. Thank you for your time and consideration.

Sincerely,

Christian Sidney

Christian Sidney
SBD Company/ Co-Partner
421 S. Elmwood #20
Oak Park, IL 60302
(708) 848-2401

CC: Mr. Peter Roby

SBD 000679



March 6, 1998

Mr. Christian Sidney
SBD Inc.
421 S. Elmwood #20
Oak Park, Illinois 60302

Dear Mr. Sidney:

   I am in receipt of your package dated March 3, 1998 regarding the marketing concept CROSSOVER KING and Reebok's potential interest in licensing this idea.

   At the present time our marketing strategies do not have room for additional ideas like yours, so we must decline your offer. I am returning your logo and collateral material to you as received and wish you success in your attempts to find a partner.

Sincerely,

Peter Roby
Group Director/US Marketing

PR:am

EXHIBIT
7

SBD 000384



March 10, 1998

Mr. Christian Sidney
SBD Incorporated
421 S. Elmwood #20
Oak Park, IL 60302

Dear Mr. Sidney:

Your letter to Reebok International Ltd. was forwarded to me for response in connection with Reebok's Idea Submissions Program. We very much appreciate your interest in Reebok and your taking the time and effort to contact us about your marketing idea.

As you probably know, Reebok has a large staff of employees, as well as highly skilled outside specialists, to develop ideas for the company. Most unsolicited ideas Reebok receives either don't fit into the marketing plans of Reebok, or are already known to the company. Unfortunately, Reebok cannot review design, marketing, advertising, promotion, or other similar types of non-technical ideas.

We, therefore, regret that we will not be able to consider your marketing idea. We are returning to you with this letter a copy of your correspondence, and have not retained any copies.

Thank you for your interest in Reebok and for taking the time to contact us.

Sincerely,

Heather A. Snow
Legal Manager,
Intellectual Property

Enclosure

**EXHIBIT**
_8_

SBD 000385



March 24, 1998

Mr. Henry Que Gaskins
Brand Manager
Reebok/Iverson brand

Dear Mr. Gaskins,

How have you been? Fine I hope. I just wanted to take the time to thank you for responding so quickly to my letter concerning **CROSSOVER KING**®. I enjoyed our conversation on 3/17/98 and learned a great deal about the Iverson apparel line and your strategy for making the I3 concept an overall success.

I also wanted to inform you that I followed up on your suggestion to contact Kathy O'Connell and Kate Urekev concerning discussions between Reebok and SBD Inc. about **CROSSOVER KING**® and **CROSSOVER QUEEN**™. I mentioned that you indicated that the **CROSSOVER KING**® concept has potential and that you would like to explore discussions about using it in the Iverson apparel line. I also informed them that we both agreed that there is an opportunity for Reebok to gain a dominant foothold in the women's basketball apparel market by being the first to leverage the crossover trend by creating the very first signature apparel line for women ... **CROSSOVER QUEEN**™. In addition, I sent them two cards illustrating how both of the logos can be used. You already have one for **CROSSOVER KING**® but not one for **CROSSOVER QUEEN**™, so I decided to send you the latter so that when either of them calls you, you will have a reference point.

I would like to reiterate that we at SBD Inc. sincerely want to establish a mutually beneficial working relationship with your company. It is our hope that we will be able to quickly set up a presentation date in the very near future so that, together, we can put out some fresh, new summer basketball gear, for both men and women, and begin Reebok's climb back to the top. We believe strongly that we have the answer to the "Nike problem" and, we trust that after you actually see everything that we have to offer, you will believe too.

Que, thank you sincerely for your time and I look forward to hearing from you very soon.

Sincerely,

Christian Sidney
SBD Company/ Co-Partner
Phone (708) 848-2401

**EXHIBIT**

9

SBD 000680



April 6, 1998

Christian Sidney
SBD Company/Co-Partner
(708) 848-2401

Dear Mr. Sidney;

I am writing to thank you for the information you sent me in the mail regarding your company.

I appreciate your interest, but do not feel the designs fit with my current Basketball strategy.

Thank you again,

Kate Urekew
Global Product Manager
Basketball

**EXHIBIT**

10

SBD 000386

Reebok International Ltd. 100 Technology Center Drive, Stoughton, MA 02072 USA Tel 781-401-5000

CROSSOVER KING

Mr. Carl J. Yankowski
President/CEO
Reebok Brand

12/17/98

Dear Mr. Yankowski,

Do you really want to beat Nike? If so, then please allow me to introduce myself. My name is Christian Sidney and I am President and Co-Partner of SB Designs, Inc. Creative Concepts Company. SB Designs, Inc. specializes in the creation and licensing of logos for athletic and casual apparel. We believe that we have something that will propel your company back to market dominance. We are the creators and owners of the CROSSOVER KING® and CROSSOVER QUEEN™ concepts and corresponding trademarks. We have prepared for YOU a complete portfolio of designs for a full line of athletic apparel and a dynamic advertising campaign. All of which were created so that Reebok would have at their fingertips the ability to quickly re-enter the athletic apparel market with a full line of fresh, new, colorful clothing concepts, tailored to urban teen consumer tastes, based on the hottest new basketball trend, Allen Iverson's amazing crossover dribble! It is our intention to make a presentation to you in the very near future and to enter into a mutually beneficial licensing contractual agreement with Reebok, International.

With the entrance of Michael Jordan into the NBA in 1984, the game of basketball was revolutionized. The aerial-acrobatic style of play that he brought to the game has, for the past 14 years, brought audiences to their feet and caused many to gape at him at wide eyed amazement. Nike was able to visually capture the essence of Jordan's style of play by way of a dynamic logo and a catchy name that re-inforced the logo image, "Air Jordan". With this combination, Nike added hundreds of millions of dollars to their bottom line and marched forward to claim market dominance.

The game of basketball is now undergoing yet another revolution. The high flying game of the Jordan era has given way to the "ground" game of the new generation of NBA guards; and, the most devastating, the most popular maneuver of all is the crossover dribble. The crossover dribble has become the "craze" of inner city youth, and no one does it better and no one has brought more notoriety to the move than Allen Iverson!

As the popularity of the crossover has grown, other players in the market have tried, unsuccessfully, to capitalize on the crossover trend (i.e. Karl Kani, AND1), but no one has been able to come up with the winning combination: (1) the right athlete, an athlete who is exciting, and who possesses charisma and a point of difference that is popular among the target market; (2) a logo that visually captures the essence of the athlete's abilities and point of difference; and (3) a name that re-inforces the logo and speaks to the athlete's main point of difference.

**EXHIBIT**

11

SBD 000684





**CROSSOVER KING**

Reebok has the perfect athlete in Allen Iverson, but no logo or "tagname" has been created for him that speaks to Iverson's unique point of difference, that explosive crossover dribble! "The Question", "The Answer" and "I3" are vague, inconsistent messages with no common "theme"; therefore, confusion about Iverson's identity exists in the market. This is where we can help!!

SB Designs, Inc. has successfully incorporated (1) the CROSSOVER KING® name; (2) the crossover logo/image; (3) Allen Iverson's name; and (4) the Reebok symbol and/or brand name, in a variety of ways, into one logo that fully leverages Reebok's brand equity, while, also conveying a consistent message to consumers about Iverson's point of difference and identity as the CROSSOVER KING®.

We have invested a great deal of time in developing a complete portfolio of designs for an Iverson apparel line. The portfolio is filled with colorful, hip, new urban designs that will provide the consumer with a complete "head to toe" look and many varieties to choose from! In addition, we have also completed a dynamic ad campaign that includes commercial story boards, full and ½ page magazine ads and much more!!

We at SB Designs, Inc. have also gone the extra mile for YOU and created a logo for the growing women's apparel market, CROSSOVER QUEEN™! The crossover dribble is a major part of the women's ground game and is growing in popularity. Reebok has the opportunity to do what no one else has done. That is, to create the first signature apparel line for a female basketball athlete, and, to establish dominance in the untapped female market. With Reebok, International and SB Designs, Inc. working together, we can flood both the male and female markets with one common theme, the "crossover" phenomena, and create "top of mind" awareness in the minds of consumers. Together, we can propel Reebok back to the top!

Mr. Yankowski, we have put together a great presentation for you. We know that we can help you! For just a little bit of your time, you can walk away with "the Answer" to rejuvenating Reebok's basketball division and the company in general. I have enclosed 2 art pieces that show each of the crossover logos. In addition, you will find company biographies and a brief history of CROSSOVER KING®. Please call me at your earliest convenience. We look forward to setting up a meeting with you in the very near future. Let's work together to beat Nike!!!!

Sincerely,

*Christian Sidney*

Christian Sidney
SB Designs, Inc.
President/Co-Partner

SBD 000685

RK 1 of 2



December 29, 1998

Christian Sidney
SB Designs, Inc.
1312 South Finley Road - Suite 3G
Lombard, Illinois 60148

Dear Mr. Sidney:

Your letter to Reebok was forwarded to me as part of our Idea Submission Program. I am pleased to provide you with information concerning how to submit your idea to us.

Our program is designed to arrange for the orderly review of technical product ideas that are protected by issued patents or pending patent applications. The company's policy is not to accept or consider ideas of a non-technical nature. That is, Reebok will not consider marketing, advertising, promotional or design ideas which are only in drawing form. As you probably know, Reebok has a large staff of employees and highly skilled outside specialists to develop these kinds of ideas for the company.

As you can imagine, we receive a large number of telephone calls and letters daily from individuals requesting information about our program. In order to respond to the volume of submissions and avoid misunderstandings, we have found it necessary to request that submitters follow certain procedures before we will consider their ideas. Accordingly, please review carefully and then sign and date the enclosed "Idea Submissions Guidelines" if you want us to consider your idea. You may then return the signed document to me along with the technical product idea submission materials you would like Reebok to review. At that point I will forward your submission materials to the appropriate department within Reebok. You should retain a copy of the signed "Idea Submissions Guidelines" for your own records.

Thank you again for your interest in Reebok. We look forward to hearing from you.

Sincerely,

*Kathleen Joyce*

Kathleen Joyce
Idea Submissions Coordinator

Enclosure

**EXHIBIT**

12

SBD 000387

**Reebok**

# IDEA SUBMISSIONS GUIDELINES

<u>Your Idea or Invention</u>
Each year, many people with interesting and original ideas for products, accessories or processes submit them to Reebok. Sometimes these ideas prove feasible for development; sometimes they do not. Reebok is pleased to review these creative suggestions from people who have an interest in our company and products. But before the company begins that process, it is very important that both the person submitting the idea and Reebok have a mutual understanding of each other's rights with regard to the new idea. For that reason, we have the following guidelines for submission of new ideas.

<u>Put Your Idea in its Best Form</u>
When submitting your idea for consideration, it is important to make sure that it is complete and easily understood. It should be documented in writing (preferably typed) and you should include any pertinent designs or illustrations. You should send copies of the material rather than originals whenever possible. We will make every effort to return the material, but we cannot guarantee that. If your idea or invention is covered by a copyright registration, patent or patent application, you should include a copy of it with your documents.

By submitting an idea as your own, you represent and warrant that, to the best of your knowledge, you are the sole originator and owner of the new idea, and that you have the legal right to negotiate with Reebok concerning it.

<u>The Review Process</u>
It is difficult to say how long reviewing your idea will take. Obviously, the content of the idea or suggestion dictates to some extent the procedure we will follow. Generally, your idea or suggestion will be evaluated as soon as possible after we receive this signed document. The idea will probably be considered by a number of Reebok people, and it may also be studied by people from outside the company. It usually takes about three weeks for your idea to be evaluated. When we have completed our evaluation, we will notify you whether the company is interested in pursuing the idea or not. Due to the confidential nature of much of the work that is ongoing at Reebok, we may not be able to give you a reason for our decision.

<u>Rights and Obligations</u>
It is very important to understand that you are submitting your idea on a <u>non-confidential basis</u> and there is <u>no confidential relationship</u> of any kind between you and Reebok. Reebok has no obligation of any kind, whether equitable or contractual, express or implied, other than to review the disclosed material to the extent necessary to determine whether there is an interest by Reebok in securing rights to the idea. If Reebok enters into negotiations to acquire rights to any idea, such negotiations will not be considered an admission of novelty or usefulness of the idea, or of any priority or originality.

Your rights to protect your idea are defined by any patent or copyright laws that may apply. Reebok is free to use similar ideas or inventions which may have been developed independently, submitted by others, or which are publicly known. Reebok's consideration of submitted material shall in no way impair Reebok's right to contest infringement or validity of any patent or copyright.

By signing this document, you are agreeing that you have read, understood and accepted the conditions. Any dispute concerning this document or the procedure shall be governed by the laws of the Commonwealth of Massachusetts, U.S.A.

<u>If You Have Any Questions</u>
If you have further questions about this procedure, you may call the Reebok Idea Submissions Coordinator at 617-341-5000. If you have questions about your legal rights, you should consult your attorney.

AGREED AND UNDERSTOOD:

_____   DATE:_____
SUBMITTER'S SIGNATURE

SBD 000388

_____
PRINTED/TYPED NAME OF SUBMITTER

Reebok International Ltd. 100 Technology Center Drive, Stoughton, MA 02072 USA  Tel 781-401-5000  Fax 781-401-4780

Case: 1:03-cv-03672 Document #: 1 Filed: 05/29/03 Page 71 of 129 PageID #:71



## CrossOver Promotions

Home
Youth Programs
Special Events
AKOSCF
Entertainment
Photo Gallery
Fan Club
Guestbook
Tour Schedule
CrossOver Gear
Members Only
Contact Us

### Welcome to
*CrossOver Promotions*

The mission of CrossOver Promotions is to promote special events, provide wholesome entertainment for families to enjoy and to produce programs that will assist youth in their plight to adulthood.

### The 3-Phase Vision of
*CrossOver Promotions*

❖..... To provide worthwhile entertainment for families to enjoy.

❖..... To prepare young people to face the challenge of today's changing society.

❖.. To be a launching pad for future entrepreneurship initiatives.



crossover-promotions.com
'developing the *dreams* of tomorro

Copyright (2000), CrossOver Promotions, Inc.
Site Designed & Maintained by SWE Developing Company
Direct inquiries to Webmaster

**EXHIBIT**

13

SBD 000915

Case: 1:03-cv-03672 Document #: 1 Filed: 05/29/03 Page 72 of 129 PageID #:72

# CrossOver Promotions

Home
Youth Programs
Special Events
AJCSCF
Entertainment
Photo Gallery
Fan Club
Guest Book
Tour Schedule
CrossOver Gear
Members Only
Contact Us



**To order send check or money order to:**
**P.O. Box 9014 Hampton, VA 23670-9014**
**Please include size, quantity, and color.**
A portion of all proceed benefit the AJCSCF

$19.95 each
plus
$3.00 shipping



Sizes
Adult
Small thru 3XL

Colors
Red, Black, Gray





## Coming in 2001...The Crossover Line

Copyright (2000), CrossOver Promotions, Inc.
Site Designed & Maintained by SWB Designing Company
Direct inquiries to Webmaster

SBD 000916

Case: 1:03-cv-03672 Document #: 1 Filed: 05/29/03 Page 73 of 129 PageID #:73

# CrossOver Promotions

Home
Youth Programs
Special Events
AICSCF
Entertainment
Photo Gallery
Fan Club
Guest Book
Event Schedule
CrossOver Gear
Members Only
Contact Us



## Special Events

In essence, our goal in life should be elevation. Whether it be to elevate people from their



current situation by opening the windows of opportunity, elevating the mind with knowledge and spiritual enrichment or elevating the souls of individuals by providing wholesome entertainment for the enjoyment of everyone, our goal should still be elevation. CrossOver Promotions has set out a goal to excite, educate and elevate people by bringing to their communities a series of special events.

## VIP Entertainment

Coming to a town near you!!! Look out for the most elegant of VIP events promoted by CrossOver Promotions in the near future. We specialize in planning the hottest events including weddings, birthdays, graduation receptions, and other special occasions. We also promote larger events such as step show competitions. For a schedule of upcoming promotions or if you are interested in our staff promoting an event for you contact the Media Relations Department at (757) 728-0214, mailbox # 6.

## Community Projects

In collaboration with the AICSCF, CrossOver Promotions will participate in the development

of athletic and educational events for youth

## The Allen Iverson Cele
Summer Classic (AIC
**Click for 2000 recap**

The AICSC 2001 is slated for Ju Philadelphia. The AICSC was cr 1998 as a major fundraising camp assist the Boys and Girls of Great Roads with its operating costs. M a former Boys and Girls Club me



understands how special these clubs are to their respective communities and the impact that they have on the lives of young people. Our mission was to keep these facilities open and we are c to strive to achieve our goal. Sinc creation of the AICSC, we have not only assist the Boys and Girls we have added other beneficiarie the Children's AIDS Network De Interfaith Involvement Program, an HIV/AIDS Awareness group children with the virus. For a sch events and volunteer information Jennifer Gordon at (757) 728-021 # 5.

If you would like to become a sp AICSCF or one of our events, suc AICSC 2001, contact us at (757) mailbox #1 or e-mail us.

Click here for information on Allen Iverson Celebrity Summ Foundation



CrossOver Promotions Special Events

 of all ages. All activities are structured with the focus on youth in their plight to adulthood and to help them in "developing the dreams of tomorrow." For any suggestions or projects that you would like us to promote contact AICSCF at (757) 728-0214, mailbox # 5.



A portion of all proceeds be:
AICSCF

Copyright (2000), CrossOver Promotions, Inc.
Site Designed & Maintained by FWB Developing Company
Direct inquiries to Webmaster

SBD 000918

Case: 1:03-cv-03672 Document #: 1 Filed: 05/29/03 Page 75 of 129 PageID #:75

# CrossOver Promotions

Home
Youth Programs
Special Events
AICSCF
Entertainment
Photo Gallery
Fan Club
Guestbook
Tours Schedule
CrossOver Gear
Members Only
Contact Us

## *Allen Iverson Celebrity Summer Classic Foundation*
### Click here for AICSC 2000 Recap

Mission

The mission of the Allen Iverson Celebrity Summer Classic Foundation (AICSCF) is to provide role models to assist inner city youth in their plight to adulthood. Role models will be provided through educational assistance efforts, summer programs, and other community services. The AICSCF is a 501c3 not-for-profit organization. The motto, **"developing the dreams of tomorrow"** was adopted with neighborhood youth in mind.

Three Phase Vision

- To expose inner city youth to successful professionals-giving them the opportunity to have experience that otherwise may be unavailable to then (such as attending camps, visiting office buildings, attending professional athletic games);



**Kids Rap Sessi**

- To encourage young people to stay in school, off drugs, and to avoid teenage pregnancy and gang activity;

- To help youth evolve into productive members of society willing to give back to others.

Educational Assistance

- Teach people how to read;

- Provide tutorial services to schools adopted by the organization;

- Provide computers, and other educational tools and resources to promote higher education;

- Provide scholarships for higher education;

SBD 000919

- Provide avenues for children to address their concerns openly on life's experiences;

- Provide encouragement for students to study and pass College Entrance Exams i.e. SAT, ACT.

### Summer Programs

- Allen Iverson Celebrity Summer Classic

- Administer athletic activities such as basketball camps and clinics. The camps will enhance sportsmanship but its primary purpose will be to motivate children to succeed

### Community Service

- Help children learn to respect themselves and others through neighborhood clean up and crime watch program;

- Promote health and nutritional programs.

### Benefits of AICSCF Programs

- Provide role models to motivate young people to be good students and to believe in themselves;

- Provide underprivileged youth exposure to professionals who have transcended all barriers to become successful;

- Provide positive influences for at risk youth to grow up to be positive members of society;

- Provide the opportunity for contributors and volunteers to make a difference in the lives of children.

### Why should you support AICSCF?

- It is a worthy not-for-profit organization;

- It provides interested professionals an avenue to influence the lives of young people;

- It provides an opportunity for Allen Iverson and other professionals to give back to the community;

- It can increase the products and services awareness of corporate sponsors;

SBD 000920

CrossOver Promotions Allen Iverson Celebrity Summer Classic Foundation          Page 3 of 3

ˌ It will assist in rebuilding our inner cities;

ˌ It is self-supporting. All contributions will be used for the
   operation of the foundation.

We need your support to help us impact a brighter tomorrow.

ˌ The need for positive role models in the lives of young people
   is becoming more and more crucial daily. As we watch the
   news and begin to see how our society is deteriorating around
   us. When we walk into today's inner city classroom and
   recognize that many of today's children are from single parent
   homes. There is a need to help these children combat the
   problems that plague them so that they can have a chance to
   become productive, respectable members of our future
   society.

ˌ A major part of developing these children involves the need for
   positive role models to offer encouragement and guidance. We
   will encourage our youth to discuss openly the life experiences
   that they see daily and to think positively and to begin to set
   goals and expectations for themselves. Beating the odds
   ensures that fruitful lives are not just a dream but a reality. We
   plan to provide support and assistance in a variety of ways
   through a variety of resources and individuals. **It all begins
   with YOU!**

**If you would to contribute to the AICSCF, please contact us at
(757) 728-0214 mailbox #3.**

**The CrossOver T-shirt is now on sale and proceeds benefit the
AICSCF.** Click here to place your order.

Copyright (2000), CrossOver Promotions, Inc.
Site Designed & Maintained by SWE Developing Company
Direct inquiries to Webmaster

SBD 000921

# CrossOver Promotions

Home
Youth Programs
Special Events
AECSCF
Entertainment
Photo Gallery
Fan Club
GuestBook
Team Schedule
CrossOver Gear
Members Only
Contact Us

**As a part of the "Night On the Town" series**
*CrossOver Promotions Presents*





## Fridays
Nov 10 - Jan 2001

Thirst Specials
9PM

### Contest begins approximately at midnight

**Charles' Plac**
**25 Wythe Creek**
**(757) 766-124**

**From Southside:**
64-W to exit 262B NA
(Magruder Blvd. Rt 1

**From Richmond:**
64-E to 2nd Hampton C
Parkway Exit. Take Ma;
Blvd North Exit. Stay to
on ramp. Make right at S
Farm Rd. Turn left at V
Creek Rd.

Weekly prize winners will receive cash and a chance to compete for the Grand Pr
The Grand Prize winners will receive a trip to the Philedelphia 76ers home game
chance to appear in the music video of Allen Iverson aka "Jewelz".

To enter, send a photo along with an index card stating your name and phone nun
to CrossOver Promotions, Attn: **Hot Inverno Bikini Contest**, P.O. Box 9014,
Hampton, VA 23607

---

Copyright (2000), CrossOver Promotions, Inc.
Site Designed & Maintained by SWE Developing, Company
Direct inquiries to Webmaster

SBD 000922

Allen Iverson - Crossover King                                    Page 1 of 1





**Allen Iverson - Crossover King**

This page hosted by  Get your own Free Home Page

**EXHIBIT**
*14*

SBD 000947

```
<BODY TEXT="#FF0000"  BGCOLOR="#000000"  LINK="#000000" >

<title>Allen Iverson - Crossover King</title>

<A HREF="http://www.reebok.com"><IMG SRC="reebok.gif" ></A>

<meta name="Author" content="Smith-Allen Iverson - Crossover King">

<meta name="Keywords" content="NBA , NBA HOURS, NBA Live , NBA BASKE
TBALL , basketball, sports,Allen Iverson, crossover, NBA Hours, Kill
er Crossover, Crossover, dribble, cross over king, Iverson, allen, A
llen, iverson. b-ball, shoes,basketball, sports,Allen Iverson, cross
over, dribble, cross over king, Iverson, allen, Allen, iverson. b-ba
ll, shoes,basketball, sports,Allen Iverson, crossover, dribble, cros
s over king, Iverson, allen, Allen, iverson. b-ball, shoes,basketbal
l, sports,Allen Iverson, crossover, dribble, cross over king, Iverso
n, allen, Allen, iverson. b-ball, shoes,basketball, sports,Allen Ive
rson, crossover, dribble, cross over king, Iverson, allen, Allen, iv
erson. b-ball, shoes,">

<meta name="Description" content="Allen Iverson - Crossover King. Th
e coolest NBA player around with the Keller Crossover.">

<body bgcolor=black text=white link=yellow vlink=red alink=orange
background=back.jpg>


<CENTER><A
HREF="http://www.geocities.com/Colosseum/Arena/7684/index1.html"><IM
G SRC="allen.jpg" ></A></CENTER>

<HR>
<CENTER>
<H4>
<B><FONT COLOR="#FF0000">Allen Iverson - Crossover King</FONT></B></
H4></CENTER>

<HR>
<CENTER><B><FONT COLOR="#0000FF">This page hosted by <A HREF="http:/
/www.geocities.com"><IMG SRC="geo.gif" ></A>
Get your own Free Home Page</A></FONT></B></CENTER>

</BODY>
</HTML>
```

SBD 000948

```
<IMG SRC="http://geo.yahoo.com/serv?s=76000024&t=970061646" ALT=1 WI
DTH=1 HEIGHT=1>
<!-- Yahoo! Menu service --></table></noscript></script><script lang
uage="JavaScript" src="http://a372.g.a.yimg.com/f/372/27/1d/www.geoc
ities.com/js_source/ygIELib6.js"></script><script language="JavaScri
pt">var yvContents='http://geocities.yahoo.com/toto?s=76000024&l=NE&
b=1&t=970061646';yfEA(0);</script><!-- END Yahoo! Menu Service --><s
cript language="JavaScript" src="http://a372.g.a.yimg.com/f/372/27/1
d/www.geocities.com/js_source/geov2.js"></script><script language="j
avascript">geovisit();</script><noscript><img src="http://visit.geoc
ities.com/visit.gif" border=0 width=1 height=1></noscript>
```

SBD 000949

Case: 1:03-cv-03672 Document #: 1 Filed: 05/29/03 Page 82 of 129 PageID #:82



**Search**

go to msn.com

Search Home

Feedback     Help

Web Search

More Searches

search the web for:

`"crossover king"`  [Search]

Yellow Pages

White Pages

Newsgroups

Microsoft

[20] results/page  ☑ show result summaries

▸ use advanced search

*Results:* containing '"crossover king"' - 10

1 - 10

<< previous   next >>

Add URL

try your search on Yahoo! or LinkExchange

HomeAdvisor
Refinance online today!

1. **Press Release**
   *http://pacesupercross.com/rel_xover.html*
   FOR IMMEDIATE RELEASE Contact: Pat Schutte -- Supercross PR Manager The Inaugural PACE Supercross Crossover Session 20 Of The World s Top Extreme Athletes To Ride Anaheim Supercross Track What: Athletes from alternative sports (skateboarding...

2. **Tim Hardaway - the killa crossover**
   *http://home.c2i.net/espurkel/timmy.htm*
   " It feels good to have a crossover no one can stop. It's like..your defender knows it's coming, and I feel like warning him but it wouldn't help, 'cause even if I warned him, he wouldn't have been able to stop it. I just look in his eyes, he knows.

3. **Are you a Crossover King?**
   *http://home.c2i.net/espurkel/king.htm*
   NEW! Vote for you favourite crossover story of August'98! The person who has the story that gets most votes will win this month's crossover king award! Voting starts September 1st and ends on September 30th. Click here to vote! That's the question..

4. **SALON picks**
   *http://www.salonmag.com/16dec1995/reviews/picks.html*
   Roseanne Cash "Retrospective" (Columbia) The second compilation of Roseanne Cash's career, "Retrospective," contains material from 1982 to 1995, including tracks from her 1987 Nashville/pop crossover "King's Record Shop," her ambitious 1990...

5. **The Crossover Archive**
   *http://home.c2i.net/espurkel/crossers.htm*
   Content THE TRUTH AT COLLEGE MOVIES AUDIO FILES PICTURES CROSSOVER IVE vs STEPH WHY IVERSON? DA DUNKS LINKS INTERACT MAIL ME LIFESTORY STATS NEWS WEBRINGS ARTICLES SNEAKERS CLOTHING CREDITS MESSAGE BOARD GUESTBOOK Added a crossover on Matt Maloney..

6. **Daily Southtown: Serving Chicago area's Southland**
   *http://www.dailysouthtown.com/southtown/dsliving/301ld1.htm*
   The year in arts Entertainment imitated life and vice versa in '98 Wednesday, December 30, 1998 By J.L. Hazelton!BYLINE!] The Associated Press NEW YORK Nicole Kidman flashed some flesh, while Posh and Scary each became Expectant Spice. There were...

7. **In 1998, art and life ranged from sublime to ridiculous**
   *http://www.freecartoons.com/Jam1998/wrapup.html*
   Thursday, December 24, 1998 1998: Year in Review In 1998, art and life ranged from sublime to ridiculous By J.L. HAZELTON -- Associated Press NEW YORK -- Nicole Kidman flashed some flesh, while Posh and Scary each became Expectant.

8. **Albita: Latin sensation of the moment**

**EXHIBIT**

*15*

Case: 1:03-cv-03672 Document #: 1 Filed: 05/29/03 Page 83 of 129 PageID #:83







**NEW!** Vote for you favourite crossover story of August'98! The person who has the story that gets most votes will win this month's crossover king award! Voting starts September 1st and ends on September 30th. Click here to vote!

That's the question. Do you have the Answer? Or is Iverson the only person on this globe who can cross it? C'mon, no one does it like Allen, but hey, there are lots of players out there who can cross it. Are you one of them? Then this is the place to brag about your crossover skills. All you have to do is to mail me and write about when you shook someone with a crossover. Through a voting poll, the visitors will decide which crossover story that deserves the award. It would have been cool if you could send pics or even a movie from when you shook someone with your move. Send me anything, only your imagination can stop you. Each month, a few new Crossover King award candidates will be announced for you to vote for, right here at the Allen Iverson Domain. To win, you don't have to be an NBA player - not even a college player - the only thing required is crossover skills and a text about when **you** shook someone. So, go ahead play ball, practice or watch Iverson go to work with his mad skillz and write your crossover story that might win the CK-award. Then,you send me an e-mail with your crossover story and I'll add it to the voting poll and **you'll** get the chance to become a crossover king. Also, please include your name a small pic of you, and a story that proves that you deserve the award.

## How to win the award

- Read the text above
- Send me a mail with your crossover story
- Please include your name, age and adress in the mail.
- You can send me your crossover stories anytime but if you send it before the 1st in every month, you will be added once I add new candidates. You see? Ex: You mail me on August 27th. I add your story on Sept.1 and it's among the candidates for the CK-award of September.
- If you win the award, I will e-mail you at once.
- Mail me at espurkel@c2i.net

## Crossover Kings

**August 1998 Winner:** Riaz Ahmed
**Evidence:** *His crossover story below*

The crossover story took place around early Jan. While we were playing American in Duncanwoods (a neighborhood nearby my a house), some people came and wanted to play 3 on 3. Since the court was a little small. I had my team already setup and we started playing. I never noticed one of those people in this neighborhood, that's why it took time for me to adjust to their skills during the game. After a while one of their player had the ball at the top of the arc and he was ready for the crossover (I knew it) but the guy guarding didn't even had a clue. He got shook badly and worst than that he shooked him TWICE. Everybody started booing him because he was one of the people living in the neighborhood. After about 5 plays I stole the ball and was about to go for the lay-up but then I noticed the same guy, who shook the other person BADLY. I started picturing Iverson's crossover and how it works. After that I backed up and called for an isolation, I had 50% confidence it's gonna work. So there I was against that guy one on one. As I stepped toward the key, sticked out my left hand, with my left leg gave him a big JUKE, blew by him raced toward the court did some hangtime and somehow got the lay-up over two guys. As I walked back I saw the guy looking at me blankly. I smiled and gave him a wink. We won the game eventually but from that day on, people who didn't knew my name started calling " the guy with the Iverson move" because believe me, it's really hard to get respected in that neighborhood.

Case: 1:03-cv-03672 Document #: 1 Filed: 05/29/03 Page 84 of 129 PageID #:84

**July 1998 Winner:** Devin Hicks
**Evidence:** *His crossover story below*
"I was playin summer league last year here in Florida {Easter Classic}. Our team was playin this team from orlando. The game was back and forth almost all fast breaks, almost. On one possesion our wing guard was playin point and I was on the wing. The other team was 2-3 zone. One of thier men played me out to far and coach called baseline iso{isolation}. So the pressure was on me. I was workin on the crossover after I read how to do it in a magazine{Inside Stuff}. So I was goin through my legs back and forth, back and forth until I was on the 3point line. I tried to get around him with my bread ~n~ butter move, Tim hardadway's crossover, but he was with me the hole time so I pulled the Iverson and stretched him out so far, it wasn't even funny. We did'n score on that possesion but it doesn't stop thier. Thier coach sub the man out that was guarding me. I could see him on the side line limping up and down like sumthin was wrong with him. He must've thought that he was ready to ball because he came in the game. So on a fast break he was guardin a 2 on 1. The man he was guardin passed it to the power foward. The dude was under the rim and got dunked on. The coach subed him out again and never came back. The reason why he was limpin is beacause that crossover broke his ankle.It wasn't really broken, just a few snapped ligaments. We lost the game. The next day thier team was playin and saw the dude on the side line. We talked about summer camps and stuff and I looked down at his lower leg and his left ankle was as big as my calf {no lie}. He was tellin me on how they rushed him to the local EMR {Emergency Room} and took an MRI. It said that he tore 2 ligaments in his upper anlke. I can see his boys trippin on him on the side line. The funny thing about it, he was wearin ankle braces on both ankles. Shame, he's playin Division1 college ball {ESPN University}. Since that day I been shakin people left and right, dunkin, and improvin my D. Yo thanks for lettin me share my story. Much luv to my boy Thyron {the dude that was guardin me}.

**June 1998 Winner:** Dumbo Lee, 13 years old from Sacramento
**Evidence:** *His crossover story below*
"It was somewhere in Dec when I shook this black guy(i'm not racist or anything), and in my school, asian people are not considered good. All the top players were black. My friends were getting shook by them, because none of them had good defense and they couldn't get back at them because they didn't have good handling skills. Until this one day, when it was lunch time, I got into a game with these black guys. Of couse I was just there because they didn't have an equal amount of people, so they underestimated me. And I never got the ball, until I made a nice steal. This other guy (David) caught up to me and I played him one on one. It was pretty hard shaking him because he was known to have the best defense in the school. I tried to do the cross over, but the pressure got over me and I messed up, and he picked me. Boy was I mad at myself, after all those time practicing, but I didn't let that get to me. There was always a second chance. And it came up about 10 plays later. Again, I made a steal and ran to the other court. And damn, my worst nightmare was there, David. I didn't let my fear have the best of me, so I did a wide step to the left and swung my arm like I was going in the left direction then very quickly I went to the right! I mean I broke his ankles so badly that he scrubbed and fell to the ground, and I actually made the basket too. WOW! That was the most exciting thing that happened to me. And every black guy there was like going DAMN! David got his ankles broken by Lee, that nigga(sorry) got some Iverson cross overs! So now, I am known as Iverson Jr. in basketball. I think that I got some respect from them now. But, I give a lot of credit to Allen Iverson, which is the best player in the NBA!!!!!!" - *Dumbo Lee*



**May 1998 Winner:** Allen Iverson (surprising?)
**Evidence:** <u>This movie here</u>
Surprising? I don't think so. There's no doubt about it. Allen Iverson is the crossover king. I mean, check out the crossover gallery and you'll understand the whole thing. No one is quicker, smarter - better. People might say Tim Hardaway. Well he's good. But Iverson...better. This whole section is dedicated to the crossover God. Everyone who wants to learn an effective killer move, it's all here. And it's free. Check out the Crossover Gallery. But hey, to become a crossover king like Allen you gotta practise. Still there'll always be a no.1. Allen Iverson.

Are you a Crossover King?



Case: 1:03-cv-03672 Document #: 1 Filed: 05/29/03 Page 86 of 129 PageID #:86



Check out these fresh new crossover stories sent in by visitors of this site who feel they have a crossover move to tell the world about. Read the stories, judge for yourself and sound off. Have you got a crossover yourself? Have you ever shook someone with a crossover? Then click here to find out how to apply or the Crossover King Award. For now, these are the candidates to this month's award:



**Your name:**

**Which crossover story is the best one? (Check one)**

☐ **Story#1, coming from Chase Brown:**
My name is Chase Brown I live in SD ya I know you think nothin but farm boys but we got some good ball players. Here is my Story. Me and a friend were playin one on one in my drive way we always have good games we both are also the best in are school he is bigger then me height wise so all he does is post up on me so it is hard to stop it was 10 to 9 my lead first one to eleven he had the ball trying to get me to go for his shot fakes because since me bein a guard you don't get them chances to often I get greedy and go for them, eventually I did go for one and he went around me and tried to get a layup but I came from behind him and slapped it off the backboard, I had it at the top of the key just waitin for him to recover from the embarasment he finally came up to guard me and I rolled him to sleep just dribbling there finally I came up like I was gonna stand there and dribble so he relaxed then I swung my leg out to the right brought my elbow over and gave an excellent head fake he went for it then I crossed over went left then I crossed over again to my right he fell over because his legs got so tangled up The hint to a crossover isget them to think your going one way then surprise them with a double crossover

☐ **Story#2, coming from Malcolm Youmans:**
Hi my name is Malcolm Youmans and I'm going to tell you my crossover story. This was about two weeks ago I was in Tampa, Florida for vacation. I was playing basketball at University South Florida on the public court. I walked on to the court and I saw a 21 game going on. It was a lot of big people playin and they all said "look at this lil git comin " I didn't say a word even though I heard him. So finally the ball bounced my way and I got the rebound so I took it back to the 3 point line at the top of the key.So this big dude about 6' 4" tall said check the ball lil man so I checked it to him and he came at me,I made sure I got a little space then I hesitated with the left then I put it through my legs dribbled once with my right after that I took a wide step to the right hung my leg in the air then threw my left hand in front of my chest very quickly my opponent went for the fake I put my leg down and I crossed the ball over to my left hand boosting off my right leg then shot a sweet jump shot.After that everybody was saying "crossed him" and stuff like "lil man got funky" now from that time on people who saw the cross were always a little reluctant to guard when we are in the game everybody is like let's play zone just so they won't have to play me close.That was my crossover story I hope you liked it.

☐ **Story#3, coming from kerby@home.com:**
first of all i would like to say that this really happened know matter how it sounds it really went down just like this. i was playin with my brother and his older friends at the park i could kill any one of there weak butts but because im not as old or as tall i dont get to play i just watch but on this day i got to play because they were missin a man so i joined I theought finaly my chance right when i came in ld told my three team mates thats i was runnin the point they laughed think that I didnt know what i was doin they said whatever. right away i found myself at the top of the key to my man to check he started laughin so i said alright hit the jumper then he checked up this was my chance i came at put it under my legs to a step to the left gave a head fake he tried to beat me to the spot which meant that it was all over i had him right where i wanted him i crossed the ball over i caught the fool but not bad enough i put right back under my legs gave him a little hesitation crossover he lost his footing started tripping back a little bit i put it under my legs again took a wide step left gave a nice headfake he tried to beat spot again i crossed it over and he fell sideways and cut up his knee i drove by him took it strong and scored now he does all the watchin and i do the playin............ and the cross overs.

☐ **Story#4, coming from TPAW4@aol.com, age 11, Pensacola, Florida:**
i was playing ball at a gym nearby mine house. We got a game going on, now I'm only 11 years old and i was playing against 15 and 16 year old boys. Has i was coming down court i fake left then went right through mine legs and back left he fell down i I could not believe it.After that move every body gave me the respect as the crossover king.

☐ **Story#5, coming from Babylvo@aol.com:**

one time i was just coming outside from looking at one of ur allen iverson video's and this boy challenged me in a one on one game. he was putting down some good "d" then i saw that everytime i drove he was beating me to the spot so i put the ball in my left hand then took off as fast as i couldwhen he tried to beat me to the spot i swithed hands on him real quick then he was trying to catch back up i had already spun on him so when he was figuring out that i was spining i threw it behind my back like "iverson" and and went to the hole. he was dizzy and confused!!! and sice then when ever we played a tem game i would be the first person he picked. LOL

☐ **Story#6, coming from Brandon Ray, 14:**

It was one day at an open gym type of deal and we were getting hollard at by the high school coach. He hatted me and the rest of my AAU basketball team.So he allways put us down and stuff. There is 1 kid that he likes and always talks about how good he is and how hes the best defender in the group and on and on about him. So I culdn't wait untill it was time to play the games (we played games at the end off the thing every day) I'm a post player but i can shoot the ball real well so i was playing wing. I knew he would be gaurding me because there were no other big people on the floor and hes fairly big. We only played to ten. And it was tied up at nine so i got the ball on the wing and he was respecting me caus he knew i would fight him up if he gave me any room. So I took a shuffle step to the left and hung there for a while and i knew i had him shook. Then exploded to the right. I shook him so bad everyone was like damn "B" u shook the hell outa him. I drove to the hole and just dunked all over a little dude. I just hung there for a while rollin my ass off. Then I walked by the coach and said u wer right he is a pretty good defender.

☐ **Story#7, coming from Brandon Lee, Orlando, Florida age 14:**

I'm known throughout my 'hood for my crossover right. So whenever people see me playin a game there always sayin' 'Brandon do the crossover' or 'Brandon, break 'em down'. I never thought I was really that good but I decided to sign up for YMCA B-ball that year and I was bailin all over. but on to the crossover. I was playin my friends team and he kept sayin' 'Brandon, just don't shake me'. So I was comin up court (I'm 14 and 5'4) and to people stop me between the half court and 3-piont line.I went to the left so only one player would be facin' me. Then I went between my legs onceto my right hand, I started shakin then I put the ball between my legs and caught it with my right hand again.(all of this was split second) Then I jumped rightand shot left and the player ran into the guy on the right. After I did it the people on the court started laughin the middle of the game. Even the people on the other team was laughin!! My names Brandon Lee. Orlando, Fl age 14





Admit it. The first time you saw the Question you had goosebumps all over. And the same way with the Answers. Am I right? These Reeboks are better than any other Reebok sneaker before. Know that. 'Cuz ever since Iverson signed for Reebok and laced up those Questions, everyone wanted them. No wonder. They are great sneakers. And, boy oh boy am I looking forward to seeing the new ones.

## Reebok The Answer III
*Price: Unknown*

Here they are, the NEW The Answer III from Reebok, SOON available! I don't know much about these sneakers, since they are not released yet. I think they feature DMX 3d cushioning, and as always, the shoes have great ankle support. Iverson was really satisfied with these sneaks, he told EASTBAY in an exclusive interiew about his passion for good-looking sneakers. DMX® Lite sole for moving cushioning, load distribution, and a lightweight, natural footstrike; Full leather upper for comfort and stability; Traditional lacing system for custom fit and additional support. Try on the latest Answer DMX III shoe, with the DMX sole for exceptional moving comfort and support. Feel the difference of our moving air cushioning and ultralight fit in every slam dunk you make. Available from 23/10 98. This shoe is avaiable at <u>Eastbay</u>. Pic found at EASTBAY and at some Japanese sneaker site. Iverson has already worn these sneakers at Sixers' training camp. See a <u>pic</u> of Iverson lacing up his new sneakers for traning camp.



## Reebok The Answer II
*Price: $114.99*

How do you maximize your game? Here's the Answer! DMX lite for load distribution and improved foot strike, 3D Ultralite material for superior cushioning and a mid-cut design for ankle support. Breathable leather/syntetic upper keeps you light on your feet for lightening strikes to the basket. This one will be available in several colors, still, Allen has just worn three colors yet. He has worn a red/white one plus the gold/white and the black/white. I have never tried these shoes, never worn'em..but according to what people have told me about them, and the fact that I know



DMX coushioning is great. I'm pretty sure these are great shoes. Available from 23/10 96. This shoe is avaiable at Eastbay. Thanks to Chris of FootAction for the pic.
Weight: 17,1 oz.

## Reebok The Answer
*Price: $124.99*

These are all the colors released of the popular shoe from Allen's second season in the league, Reebok The Answer. It features the DMX 10 technology, which provides active transfer cushioning driven by the player's stride.A full-grain leather upper with a mid cut design provides ancle support, while a hidden lacing system provides a superior fit. Still, they didn't sell better than the Questions. It is one of the first basketball shoes released from Reebok featuring DMX cushioning. My experience with these shoes is that they are very well cushioned, but also very unstable and too heavy. This shoe is avaiable at Eastbay.Available in three colors: white/black/gold/red, black/white/gold and navy/white/gold. It's really amazing what Reebok has done with the Iverson shoes since the Question. This shoe is a lot better.
Weight: 17,1 oz.



## Reebok The Question
*Price: $124.99*

Allen Iverson shoe from last year, the Questions, features Hexalite cushioning which is Reebok's most used cushioning tech. My experience with Hexalite is that some of the shoes featuring it are very unstable. Of course that doesn't mean that the Questions neccessarily are unstable. I have actually heard that they're very comfortable. And it was the most selling Reebok shoe ever which is quite amazing since Iverson was just a rookie when his sneakers were selling for the record. Great shoe remade and available at EASTBAY

These shoes, the Iverson- and Reebok- logo is trademark of Reebok. Allen Iverson's sneakers are the most popular Reebok sneakers available. Even if the first ones above were more popular than the new ones, one cannot deny that Iverson is a very populat object.



*Updated October'99*

Just like Mike, Allen was quickly found marketable by an athletic equipment company. Mike went Nike, but Allen signed with Reebok. He signed a $40 million deal which allowed Reebok to make "Iverson" clothing and shoes. Allen himself is also a part of the designing and marketing proccess of an "Iverson" product.

* Click on any image to view it full size *

### Reebok Iverson Men's Camouflage Jacket
*Original Price: $29,99*

BLACK/REDFull-zip 100% nylon jacket with open vent. Side zippers, elastic cuffs, and Reebok logo on the back. This is the second new product (Fall 99) in stylish black/red colors. This one though, does not feature the I-3 logo. Cool jacket at a reasonable price. Imported. This item is now available at **EASTBAY**



### Reebok Iverson Men's Camouflage Shooting Shirt
*Original Price: $24,99*

Fresh from Reebok, this new Shooting shirt is one of the coolest Iverson-products ever, making sure YOU are in style for the new season. Full zip with Reebok Vapor logo on left chest and HUGE "I3"-logo on back. 100% nylon. Mesh set-in sleeves, full-zip. Imported This item is now available at **EASTBAY**



### Reebok Iverson Men's Spring WarmUp
*Original Price: $49,99*

Two-piece, 100% nylon warm-up with mini-mesh lining. Half-zip pullover with side zip, sleeves lined in flat taffeta. Elastic-waist pants with ankle zips. Imported. Discontinued style. This one was first released last spring, in the Spring 98 line of Iverson products from Reebok. This new offer from EASTBAY and Reebok gives you the oppertunity to buy this warmup for just $49,99 This item is now



available at EASTBAY

### Reebok Iverson Camouflage Tee
*Original Price: $39.99 (EASTBAY NOW: $19.99!)*

Nylon pro mesh, camouflage mesh neck and armhole bindind, solid back applique letters, camouflage mesh number applique with satin stitching, embroided logo on the front. Imported. Also available in white with blue/grey camouflage. This item is now available at **EASTBAY** for just $19.99.



### Reebok Iverson Long-Sleeve Tee
*Original Price: $24.99 (EASTBAY NOW: $14.99!)*

A 100%, cotton, long-sleeve T-shirt. Made in the USA. Also available in white with blue and gray camouflage colors. The blue and gray one still costs $24.99 at EASTBAY. Features the I-3 logo on chest (left side). I have ordered this one. This item is now available in all sizes at **EASTBAY**



### Reebok Iverson Cruise Sleeveless Tee
*Price: $17.99*

Sleeveless, 100% cotton t-shirt. Made in USA.Featuring the trademark Iverson "I3" logo on front, together with a small Reebok logo. Available in grey or white. The white one features a blue/grey "I3" logo on front. I have ordered this one, and I can't wait to get it. This item is now available in all sizes at **EASTBAY**



### Reebok Iverson Question Logo Tee *Price: $17.99*

Short-sleeve, crew neck 100% cotton tee with screen printed front and back graphic. Made in the USA. Featuring the Q-logo which is on the heel of the "Reebok The Question" which was Iverson's first Reebok-sneaker. This item is now available at **EASTBAY**, together with a short and a bucket hat... check out EASTBAY.com for more info and pics on Reebok Question clothing.



### Reebok Iverson Lined Tearaway Pant
*Original Price $59.99: (EASTBAY NOW: $24.99!!)*



Greg Ostertag - this is the second best crossover I
have ever seen - enjoy. ALLEN IVERSON DOMAIN
EXCLUSIVE.
Download the video: The move in AVI-format



## Move 15:

Victim: Matt Maloney
Note: This movie is was compressed by Niandra 
Lades. It features a clip of Iverson in the Shick Rookie
Allstar game in 1997. Iverson, on top of the key,
hesitates but suddenly shakes Maloney off with a nice
crossover. This movie also stops at once Iverson has
done the move, simply because he just passes the
ball afterwards. ALLEN IVERSON DOMAIN
EXCLUSIVE.
Download the video: The move in AVI-format

## Move 16:

Victim: Reggie Miller
Iverson dribbles baseline, stops, and with incredible
speed blows by Reggie Miller and draining the tough
layup off the glass in traffic. Amazing play, almost
similar to the one on Sura. Another NBA star broken
down by the quick move of Allen Iverson. You gotta
love it.
Download the video: The move in AVI-format 870Kb



## Move 17:

Victim: Bob Sura
There's something about the Gund Arena in Cleveland
that makes Allen put on the afterburners. And guess
who's always the poor victim trying to guard the
quickest man in the NBA? Sura. Bob Sura. Sorry Sura,
but you look ridiccolous when trying to guard Allen.
With the quickest move I've ever seen, Allen breaks
Sura's ankles. Sorry, Sura.
Download the video: The move in AVI-format 985Kb



## Move 18:

Victim: Terry Porter
Poor Porter...Poor, poor Porter...The Heat played the
Sixers twice in a week, and guess what? Allen shook
Terry Porter in both games... Incredible..Anyways, this
time Allen stops on top of the key and with the First
Union Centre holding its breath, Allen dribbles,
hesitates and shhaaaakes Porter so smoothe and
quickly before taking it to the hole...Lovely. Enjoy.
Download the video: The move in AVI-format 985Kb



## Move 19:

Victim: Tim Hardaway
Crossover Kings of past and presents meet as Allen
shakes Tim Hardaway with some nice fakes before
stopping one-on-one against the former king, dribbling
and the shaking Timmy off to drain the beautiful
rainbow jumper from long range. Incredible play that
made Timmy smile of embarrassment.
Download the video: The move in AVI-format 1198kb



Allen Iverson Domain presents - Document# 1 Filed: 05/29/03 Page 93 of 129 PageID #:93  Page 5 of 5

shining golden Reebok logo on the side. I like this one.

## Reebok Iverson/Sixers shirt
*Price: Unknown*



This is the last Iverson item I have found. It features Allen dribbling on his name and the Philadelphia 76ers logo. I believe this is a Reebok product, but since I didn't scan it myself, I am not sure. Pic courtesy of Allen Iverson World

*Note: These pics were scanned by me Please ask me for permission before using any of these images. The images were scanned from the Eastbay catalog.*

Back to main page

Case: 1:08-cv-03672 Document #: 1 Filed: 05/29/03 Page 94 of 129 PageID #:94



Please e-mail me if there are any broken links, or if you would like to link to any of my videos. Thanks to ULTRA REELZ for some of the movie links.

## Move 1:
Victim: Michael Jordan
Allen shaking Jordan. Perhaps the most famous crossover move he has ever made. This move even made the top ten plays of the 1997 season. Allen hesitates a crossover once, then brings it back to his left hand again, and BAM explodes and blows right by the king. A spectacular move finished with a nice jumper.
Download the video: The move in AVI-format 1.2Mb



## Move 2:
Victim: Greg Anthony
This move is just taken from the video NBA at 2000 featuring the NBA's brightest talents. It's Jason Kidd talking about Allen's explosive game, and while explaining, you get to see this great crossover on Greg Anthony who is sent flying into the stands by a flashy and quick crossover. You also get to see some other Iverson action. A must see. The move in AVI format 944Kb



## Move 3:
Victim: Washington Wizards
This move looks a lot like the one above. Allen waits and waits for a moment of weakness and then explodes, fakes left goes right and drains the jumper. Great move against the Wizards. Allen's move is not quite like Tim Hardaway's. Hardaway dribbles the ball fast through his legs, then fast back again. Allen dribbles it more slowly through his legs, and then explodes (Who's the crossover king?)
Download the video: The move in AVI-format 681Kb





## Move 4:
Victim: Stephon Marbury
Check out this move..Allen making the crossover on Marbury! Between his legs from left to right, then from right to left, stops for a second with the ball in his left hand, then explodes, faking left, going right and attacks the rim with a spectacular layup. I think this move says it all - Allen definetely deserved the award. Who can stop Ive?
Download the video: The move in AVI-format About 400Kb





## Move 10:
Victim: Rex Chapman
Iverson motoring in from the side, stops, hangs and explodes, blows by Rex Chapman and hits the off balance layup. Nice move..This move made the TopTen in NBA Action's Courtside Countdown. Rex Chapman gets some chin music here, being left behind the lightning quick Allen Iverson. I do have a video of this crossover from another angle, but this was the best one.
Download the video: The move in AVI-format 608Kb



## Move 11:
Victim: Mark Price
Allen brings the ball upcourt, stops on the wing, shakes and drives from the left into the middle, slices through the Magic defense and hits the finger-roll. I guess age matters, Mark Price...
Download the video: The move in AVI-format 945Kb



## Move 12:
Victim: Craig Ehlo
Note: This movie is was compressed by Niandra Lades. It stops before Allen does the layup, simply because Iverson is being blocked on the attempt. Also, this movie may not work for IE browsers. ALLEN IVERSON DOMAIN EXCLUSIVE! Allen brings dribbles on the wing, stops, hangs in the air with the ball in his left palm, and suddenly explodes, low to the floor heading left. Then, once Ehlo gets his body leaning in that direction, Iverson puts his left foot down on the floor, and totally changes direction. Ehlo goes way left and Iverson drives by him. Download the video: The move in AVI-format ca.264 kb



## Move 13:
Victim: Tim Hardaway
Note: This movie is was compressed by Niandra Lades. It stops before Allen does the layup, simply because Iverson is being called for double-dribble. Also, this movie may not work for IE browsers. ALLEN IVERSON DOMAIN EXCLUSIVE! Allen Iverson makes a great move and Tim gets really shaky by the move he was once famous for. But, now there's a new crossover king, and that's Allen Iverson. This movie showes why. Movie compressed by Niandra Lades...Thanks a lot!
Download the video: The move in AVI-format 192Kb



## Move 14:
Victim: John Stockton
Note: This movie is was compressed by Niandra Lades. It features a clip of Iverson taken from NBA action. The movie is from Norwegian television, and that's why there's some text on it. The move: Iverson shakes Stockton and goes strong for the layup over



8/19/00

Case: 1:03-cv-03672 Document #: 1 Filed: 05/29/03 Page 96 of 129 PageID #:96

## Move 20:

Victim: Anthony Carter
Allen has Anthony Carter on top of the key. He dribbles it a few times with his left times before exploding left and then back to the right for the beautiful scoop shot with the right hand over the Miami defense. This was one of Allen's 33 points in this game vs Miami
Download the video: The move in AVI-format 783kb





Click

# Google™

Advanced Search   Language, Display, & Filtering Options   Search Tips

"crossover king"

Google Search

I'm Feeling Lucky

---

Google results **1-10** of about 60 for **"crossover king"**. Search took **0.04** seconds.

Category.   Sports > Water Sports > Surfing

## Tim Hardaway CROSSOVER KING Miami Heat Poster - Nike Inc. 1999
...Hardaway "Crossover King" - Nike Excellent Nike poster featuring...
...Heat Elite, Court Jester, **Crossover King**, Dime Dropper, Driving...
www.puresportsart.com/warehouse/thardaway99nike.htm - 4k - Cached - Similar pages

## CROSSOVER KING
... CROSSOVER KING COME HEAR !...
members.tripod.co.kr/FRANCIS3/ - 3k - Cached - Similar pages

## New York Daily News Online | New York Now | Music | 'Ricky' Special Gets
...Gets Feliciano Fired Up First **crossover king** joins Martin, Santana...
...boom Feliciano was deemed a **crossover king** after his folksy cover...
www.fantasticfeliciano.com/News/NewYorkDaily.html - 6k - Cached - Similar pages

## eToys. NBA 2K
...buy this one Jason "**crossover king**", a seventeen...
...a scale of 1-10 a 10 easy. Willie, **King** of Sport games!!, a grown-up from...
www.etoys.com/video_game?g/product/400/05/47/7.shtml - 58k - Cached - Similar pages

## Allen Iverson Movies
...the easy layup. AVI 1078Kb **Crossover King** of the past against the...
...breaks down David Wesley with a nice **crossover** before draining the easy...
home.c2i.net/espurkel/avinba.htm - 18k - Cached - Similar pages

### The Crossover Archive
...then explodes . Who's the **crossover king**? Download the video: The...
...for. But, now there's a new **crossover king**...and that's Allen...
home.c2i.net/espurkel/crossers.htm - 17k - Cached - Similar pages
[ More results from home.c2i.net ]

*— next pages.*
*- Reebok site*

## Bedtime Stories - A Column by Todd Weber
...claim to the titles, "**King** of Crossover,"...
...has long been proclaimed the "**King** of Rock-n-Roll," and Michael...
www.seattlesquare.com/pandemonium/featurestext/1BedtimeStories.htm - 11k - Cached - Similar pages

## Press Release
...event to decide who the is the **Crossover King** of Supercross....
...Manager The Inaugural PACE Supercross **Crossover** Session 20 Of The...
www.pacesupercross.com/rel_xover.html - 4k - Cached - Similar pages

## Elm Street Opera!
...Late" Musical Moment **Crossover**..............."**King** of...
.............Albert..."Why Does Everyone Make Fun of Me? **Crossover**...
www.communitynow.com/elmst/finearts/opera.htm - 7k - Cached - Similar pages

| Content |
| --- |
|  |

THE TRUTH
AT COLLEGE
MOVIES
AUDIO FILES
PICTURES
CROSSOVER
IVE vs STEPH
WHY IVERSON?
DA DUNKS
LINKS
INTERACT
MAIL ME
LIFESTORY
STATS
NEWS
WEBRINGS
ARTICLES
SNEAKERS
CLOTHING
CREDITS
MESSAGE BOARD
GUESTBOOK

*Site optimized for Netscape Communicator, and a 15' screen at 800x600 pixels *An original Iverson site. NO COPIED STUFF!* Check back often 'cause my plan is to update this site almost every day. If you have any questions about the answer (huh), feel free to e-mail me any time. Please let me know if there are any broken links. Please don't mail me asking for Allen Iverson 'cuz I'm not Ive, nor do I know him...Al-Domain



**Welcome to your #1 Allen Iverson information resource!**

## IVERSON NBA's LEADING SCORER!
## Sixers are now 7-5
## IVERSON DOMAIN GOING DOWN! NEW
*Added: 27.01.98*

Sorry for not updating my site in a while...But I am more busy than ever these days (I know you probably think that is some bullshit, but I AM REALLY BUSY!). For the BIG headlines: Iverson is the LEADING SCORER IN THE NBA now, averaging 28.8 points per game!! He is finally starting to get some recognition! Last game against the Bulls, Iverson drained 33...Sixers are now 7-5, on a 3-game winning streak..They have lost close games against New York, Pacers, Bucks and Hawks! Read more about all of this at the following websites: Philly News coverage:click here, CNNSI coverage: click here, NBA.com coverage:click here. *PS;The Allen Iverson Domain is being totally redesigned these days.*

## Thank you Poria and Max! NEW
*Added:05.12.98*

MAJOR shoutoutz go out to my homiez for life; Poria and Max! Thanks to them, you will be seeing lots of new Allen Iverson movie clips on my site in the coming weeks. How? because these Swedish ballerz were kind enough to offer (yeah, I didn't even ask) me to copy most of their Philly games to me, including some college games! So I sent them some empty tapes, and just got them back, packed with Allen Iverson action ready to be formated into *.avi and uploaded to this site for YOU to enjoy. So if you think this is a pretty cool thang, and want to thank someone for the new AVIs soon coming to the Domain, don't mail me! Be sure to check out Poria and Max's site: The Pointguard Shrine, a great site about premier pointguards from college, high school and NBA. As for the AVIs, check back to my site for updates. And be sure to ask yourself: Would you've been kind enough to offer hours and hours of help like Max and Poria did, despite being busy with school?

**[ Background ]** -- Growing up deep in the projects, Iverson was his family's only hope. Their ticket to welfare. His mother was only 15 years old when she gave birth to a child that was rightfully hers for life. Iverson never saw his father, and since day one, Allen didn't experience anything else than poverty throughout his whole childhood. Despite the poverty and endless days of foodcoupons and no heat and electricity Allen's mother never gave up hope that one day Allen would bring the family enough money to get out of the projects and live a normal life. To fully understand Allen Iverson you must know where he came from, what he has experienced, from the death of his best friend to going on lockdown. Iverson isn't only a special player - he is a special person who has the ability to always be himself - wearing whatever he wants, saying whatever he means. Before you judge Iverson, try to understand him 'cause after all, he's just a 23 year old kid who grew up real fast... *Allen Iverson Domain © 1998*



AVI-
Allen upf
incredible
baselin
beautifull
defens
EXCLUS

PIC-
YOU GO
Sporting a
style cor
hairdo, a
and a
basket
Iverson re
this arrang
Josh t



Do you
Allen Iv
will mal
allstar t

○ No.
cha

○ Yes
cou

○ Ma:

○ If Jo
reti

○ I do

Current
Prev
res

V3





Lycos Home | Site Map | My Lycos | Lycos Mail

**i** The page cannot be displayed

The page you are looking for is currently unavailable. The Web site

*Results for* crossoverking      [SEARCH]   ☐ Search within these results

( NEW SEARCH ) ( REVISE OPTIONS ) ( ADVANCED SEARCH )

SEARCH PARTNERS

**i** The page cannot be displayed

The page you are looking for is currently unavailable. The Web site

**i**

The p
migh
your

Pleas

WEB RESULTS   (Showing Results **1 – 8** of 8 Matches )

1. **http://www.crossoverking.com/**
   THE KING IS COMING! HAVE YOU SEEN HIM? Our Message COK Concept |
   Our Products | Order Form Are You A COK star ? | COK Contest | Who We
   Are | Our Vision | Crossover Queen
   *11/14/2000* http://www.crossoverking.com/
   See results from this site only.

2. **Yahoo! Groups : and1fan Messages :26-39 of**
   Yahoo! Groups - Free, easy email groups
   *6/15/2001* http://be.onelist.com/messages/and1fan/26
   See results from this site only.

3. **Yahoo! Groups : and1fan Messages :28-41 of**
   Yahoo! Groups - Free, easy email groups
   *3/15/2002* http://jp.onelist.com/group/and1fan/messages/28
   See results from this site only.

4. **Yahoo! Groups : and1fan Messages :10-39 of**
   Yahoo! Groups - Free, easy email groups
   *6/17/2001* http://ie.onelist.com/messages/and1fan
   See results from this site only.

5. **Yahoo! Groups : and1fan Messages :Message 11 of**
   Yahoo! Groups - Free, easy email groups
   *6/16/2001* http://jp.onelist.com/message/and1fan/11
   See results from this site only.

6. **Yahoo! Groups : and1fan Messages :Message 27 of**
   Yahoo! Groups - Free, easy email groups
   *6/15/2001* http://www.es.onelist.com/message/and1fan/27
   See results from this site only.

**EXHIBIT**
**16**

7. **ScoreboardBlvd Talk Citizens**
   ScoreboardBlvd Directory --IC | ALEX | AYMA | BETT | BOBB | BULL |
   CHAR | COLO | DADD | DIMC | DXWW | FILB | GAYG | GSKA | HOOT | J-
   DO | JIMS | KALE | KNOR | LILB | MAFI | MICH | MRCU | NIGH | OZZI |
   *11/23/2001* http://home.talkcity.com/ScoreboardBlvd/listing7.html
   See results from this site only.

8. **http://www.texashatters.com/Trash.mbx**

SBD 000095

From ???@??? Wed Dec 08 21:35:31 1999 Received: from
mtiwmhc02.worldnet.att.net (mtiwmhc02.worldnet.att.net
[204.127.131.37]) by mail5.domainhost.com (8.7.5/8.7.3) with ESMTP id
SAA10981 for <searc
*12/17/1999* http://www.texashatters.com/Trash.mbx
See results from this site only.

**SECOND OPINION**

try your search for "crossoverking" with 

 The page cannot be displayed

The page you are looking for is currently unavailable. The Web site

*powered by*      Inktomi

» **Lycos Worldwide**    © Copyright 2002, Lycos, Inc. All Rights Reserved. Lycos®is a registered trademark of Carnegie Mellon University.

About Terra Lycos | Help | Feedback | Jobs | Advertise | Business Development

Your use of this website constitutes acceptance of the Lycos NetworkPrivacy Policy and Terms & Conditions

SBD 000096

http://hotbot.lycos.com/?query=crossoverking&matchmode=MC                  04/18/2002

Case: 1:03-cv-03672 Document #: 1 Filed: 05/29/03 Page 101 of 129 PageID #:101

Yahoo! Groups : and1fan  Messages : 1-30 of 41         Page 1 of 2



Groups Home - Yahoo! - Account Info - Help



launch.yahoo.com

**Welcome, Guest**           Register - Sign In

**and1fan · AND1 B-ball Fans**       [ Join This Group! ]



**Messages**          **Messages Help**

Expand Messages      [     ]   Search Archive

1-30 of 41 | **Previous** | **Next** [ First | Last ]   Msg # [   ] **Go**   **Date** | **Thread**

| Home | | Subject | Author | Date |
|---|---|---|---|---|
| ▶ **Messages** | 1 | Welcome to the and1fan Mailing List | wayne | Tue 7/28/1998 |
| Chat | 2 | AND1 Coordinator Mid | wayne | Fri 7/31/1998 |
| Files | 3 | NEW Apparel Added | wayne | Fri 7/31/1998 |
| Photos | 4 | New Poll and Logo | wayne | Wed 8/5/1998 |
| Bookmarks | 5 | New Poll and Logo | wayne | Wed 8/5/1998 |
| Database | 6 | Shoe Release Dates | wayne | Thu 8/6/1998 |
| Polls | 7 | New Coordinator Mids Added | wayne | Fri 8/7/1998 |
| Calendar | 8 | Site Updated | wayne | Fri 8/21/1998 |
| Promote | 9 | Marbury Drops Suit | wayne | Sat 8/29/1998 |
| | 10 | Site Updated | wayne | Sun 9/6/1998 |
| ☆ = Owner | 11 | Site Updated | AND 1 Fan | Thu 9/24/1998 |
| ☆ = Moderator | 12 | Site Updated | AND 1 Fan | Thu 9/24/1998 |
| ☺ = Online | 13 | Site Updated | AND 1 Fan | Sun 10/4/1998 |
| | 14 | NEW AND 1 CHAT ROOM | AND 1 Fan | Sun 10/11/1998 |
| | 15 | Site Updated | AND 1 Fan | Sun 10/18/1998 |
| | 16 | Hey!!! | Aint going to tell | Mon 10/19/1998 |
| | 17 | AND 1 Lottery Pic on the site. | AND 1 Fan | Sat 10/31/1998 |
| | 18 | New Design | AND 1 Fan | Sat 11/7/1998 |
| | 19 | I've got pics | Kadify | Mon 11/16/1998 |
| | 20 | Re: I've got pics | Ramon Perez | Mon 11/16/1998 |
| | 21 | Re: I've got pics | AND1Rocky@a... | Mon 11/16/1998 |
| | 22 | AND1.com | AND1Rocky@a... | Mon 11/16/1998 |
| | 23 | AND1 Coordinaters | AND1Rocky@a... | Fri 11/20/1998 |
| | 24 | Site Under Construction | AND 1 Fan | Sat 11/28/1998 |
| | 25 | AND1.com updated | AND1Rocky@a... | Mon 11/30/1998 |
| | 26 | Construction Is Over | AND 1 Fan | Sun 12/6/1998 |
| | 27 | New Address | AND 1 Fan | Tue 12/8/1998 |
| | 28 | Update | crossoverking@h... | Mon 1/25/1999 |

Case: 1:03-cv-03672 Document #: 1 Filed: 05/29/03 Page 102 of 129 PageID #:102

Yahoo! Groups : and1fan Messages :1-30 of 41                                    Page 2 of 2

29 Site Updates                               ✓crossoverking@h... Sun 2/14/1999
30 All AND 1 Team                             ✓crossoverking@h... Sun 2/28/1999

1-30 of 41  |  **Previous** | **Next**  [ First | Last ]     Msg # [        ] [Go]     Date | **Thread**

**Expand Messages**

Copyright © 2002 Yahoo! Inc. All rights reserved.
Privacy Policy - Terms of Service - Guidelines - Help

SBD 000098

Case: 1:03-cv-03672 Document #: 1 Filed: 05/29/03 Page 103 of 129 PageID #:103

Yahoo! Groups : and1fan Messages :26-41 of 41                    Page 1 of 1

 **Groups**

Groups Home - Yahool - Account Info - Help



## Lose 10 Pounds By May 21st  eDiets

Height 5 ft 7 in  Weight [    ] [go!]

Click Here to Lose 10 lbs - START NOW!

**Welcome, Guest**                              Register - Sign In

**and1fan · AND1 B-ball Fans**              [ Join This Group! ]



**Messages**                                **Messages Help**

Expand Messages                          [Search Archive]

26-41 of 41 | **Previous** | Next  [ **First** | Last ]   Msg # [    ] [Go] | Date | Thread

Home
▶Messages
Chat
Files
Photos
Bookmarks
Database
Polls
Calendar
Promote

☆ = Owner
☆☆ = Moderator
☺ = Online

| | Subject | Author | Date |
|---|---|---|---|
| 26 | Construction Is Over | AND 1 Fan | Sun 12/6/1998 |
| 27 | New Address | AND 1 Fan | Tue 12/8/1998 |
| 28 | Update | crossoverking@h... | Mon 1/25/1999 |
| 29 | Site Updates | crossoverking@h... | Sun 2/14/1999 |
| 30 | All AND 1 Team | crossoverking@h... | Sun 2/28/1999 |
| 31 | Results Halfway Threw All AND 1 Team Poll | crossoverking@h... | Tue 3/16/1999 |
| 32 | No Subject | wayne yip | Tue 3/23/1999 |
| 33 | All AND 1 Team | crossoverking@h... | Fri 4/2/1999 |
| 34 | Spree Commercial | crossoverking@h... | Mon 5/17/1999 |
| 35 | News Letter | crossoverking@h... | Fri 7/2/1999 |
| 36 | Newsletter | crossoverking@h... | Sun 7/18/1999 |
| 37 | --------Updates and Mix Tape Info-------- | crossoverking@h... | Tue 10/26/1999 |
| 38 | Newsletter | mike john | Sat 4/14/2001 |
| 39 | Correction* | mike john | Sat 4/14/2001 |
| 40 | Newsletter | And1 Basketball | Mon 6/25/2001 |
| 41 | Playground Name Contest | And1 Basketball | Sat 6/30/2001 |

26-41 of 41 | **Previous** | Next  [ **First** | Last ]   Msg # [    ] [Go] | Date | Thread

Expand Messages

Copyright © 2002 Yahoo! Inc. All rights reserved.
Privacy Policy - Terms of Service - Guidelines - Help

SBD 000099

Yahoo! Groups : and1fan Messages :1-15 of 41

Case: 1:03-cv-03672 Document #: 1 Filed: 05/29/03 Page 104 of 129 PageID #:104

Page 1 of 8

**YAHOO! Groups**

Welcome, Guest

# and1fan · AND1 B-ball Fans

Yahoo! exclusive  »  NOW WITH FREE SHIPPING!

Msg #  [    ] [Go]

## Messages

Collapse Messages

1-15 of 41 | Previous | **Next** [ First | Last ]



Welcome
eGroups
Members!

[ Learn More ]

Home
▶ **Messages**
Chat
Files
Photos
Bookmarks
Database
Polls
Calendar
Promote

☆ = Owner
☆ = Moderator
☺ = Online

**1** From: wayne <crossoverking@h...>
Date: Tue Jul 28, 1998 8:29pm
**Subject:** *Welcome* to the and1fan Mailing List

For those of you that like AND1 tell me abiout it.

**2** From: wayne <crossoverking@h...>
Date: Fri Jul 31, 1998 0:41am
**Subject:** AND1 Coordinator Mid

News from footaction stores is the AND1 Coordinator Mid was a succes. They have been selling great and conti
Though some people have been against AND1 since they dropped Starbury. Though they got two quality draft pic

Thanks

P.S my site is http://members.tripod.com/~AND1fan/

----
Read this list on the Web at http://www.makelist.com/list/and1fan/
To unsubscribe, email to and1fan-unsubscribe@m...
To subscribe, email to and1fan-subscribe@m...
--
Start a FREE E-Mail list at http://www.makelist.com !

**3** From: wayne <crossoverking@h...>

SBD 000100

http://groups.yahoo.com/group/and1fan/messages/1?expand=1

04/18/2002

**Date:** Fri Jul 31, 1998 9:20pm
**Subject:** NEW Apparel Added

There has been new apparel added to the AND1 Basketball website. Scroll down to AND1 Merchandise and click o

Thanks

P.S Don't forget to head straight to my page type http://members.tripod.com/AND1fan/ on your browser.

----
Read this list on the Web at http://www.makelist.com/list/and1fan/
To unsubscribe, email to and1fan-unsubscribe@m...
To subscribe, email to and1fan-subscribe@m...
--
Start a FREE E-Mail List at http://www.makelist.com !

4  **From:** wayne <crossoverking@h...>
    **Date:** Wed Aug 5, 1998 10:39pm
    **Subject:** New Poll and Logo

I added a new poll to my site after the AND1 Shock-Em won the favorite shoe poll. I also have a new AND1 log

In case you don't know where to get the best AND1 Stuff go to:

Champ Sports
FootLocker
Footaction
Finishline
Eastbay (check they're catalog)

----
Read this list on the Web at http://www.makelist.com/list/and1fan/
To unsubscribe, email to and1fan-unsubscribe@m...
To subscribe, email to and1fan-subscribe@m...
--
Start a FREE E-Mail List at http://www.makelist.com !

5  **From:** wayne <crossoverking@h...>
    **Date:** Wed Aug 5, 1998 10:52pm
    **Subject:** New Poll and Logo

I added a new poll to my site after the AND1 Shock-Em won the favorite shoe poll. I also have a new AND1 log

SBD 000101

04/18/2002

In case you don't know where to get the best AND1 Stuff go to:

Champ Sports
FootLocker
Footaction
Finishline
Eastbay (check they're catalog)

----
Read this list on the Web at http://www.makelist.com/list/andlfan/
To unsubscribe, email to andlfan-unsubscribe@m...
To subscribe, email to andlfan-subscribe@m...
--
Start a FREE E-Mail list at http://www.makelist.com !

6  **From:** wayne <crossoverking@h...>
   **Date:** Thu Aug 6, 1998 6:40pm
   **Subject:** Shoe Release Dates

Here are the shoe release dates for upcoming AND1 Shoes:

AND1 Shook'em Up October 1 75$
AND1 Shook'em Up Mid November 1 75$
AND1 Racer Low Mid October 1 65$

                More Stuff Coming Soon


P.s to go straight to my site just type http://members.tripod.com/~AND1fan/


----
Read this list on the Web at http://www.makelist.com/list/andlfan/
To unsubscribe, email to andlfan-unsubscribe@m...
To subscribe, email to andlfan-subscribe@m...
--
Start a FREE E-Mail List at http://www.makelist.com !

7  **From:** wayne <crossoverking@h...>
   **Date:** Sat Aug 8, 1998 10:43am
   **Subject:** New Coordinator Mids Added

Hello AND1fan Subscriber,

04/18/2002

SBD 000102

I have added some new pics of some new ANDi Coordinators. To see them all you gotta do is scroll down to

Thanks

P.S Wanna go straight to my site all you gotta do is type http://members.tripod.com/AND1fan/ on your browser

----
Read this list on the Web at http://www.makelist.com/list/and1fan/
To unsubscribe, email to and1fan-unsubscribe@m...
To subscribe, email to and1fan-subscribe@m...
--
Start a FREE E-Mail List at http://www.makelist.com !

8 | **From:** wayne <crossoverking@h...>
**Date:** Fri Aug 21, 1998 2:59am
**Subject:** Site Updated

*****************
The AND 1 Fan Site has been updated with new stuff. From new pics too a new poll. Check it out!

*****************

In case you don't know here is where you can locate AND 1 Shoes and Apparel:

Champs Sports http://www.champssports.com
Footaction    http://www.footaction.com
Footlocker    http://www.footlocker.com
Finishline    http://www.thefinishline.com
Eastbay       http://www.eastbay.com

Keep Workin On Them Skillzzzzzzzzzzz,
Peace

P.S http://members.tripod.com/~AND1fan/ is the URL of AND 1-Fan

List Site: http://www.findmail.com/list/and1fan/
To unsubscribe, send to and1fan-unsubscribe@m...

SBD 000103

04/18/2002

Yahoo! Groups : and1fan Messages :1-15 of 41

Case: 1:03-cv-03672 Document #: 1 Filed: 05/29/03 Page 108 of 129 PageID #:108

Page 5 of 8

FREE group e-mail lists at http://www.findmail.com

9 **From:** wayne <crossoverking@h...>
**Date:** Sat Aug 29, 1998 2:06am
**Subject:** Marbury Drops Suit

In case you don't know yet Footaction has reported that Stephon Marbury has dropped his lawsuit against AND

Thanks

Thanks for getting on the AND 1-fan Mailing List. If you wanna go straight to the site go to http://member

List Site: http://www.findmail.com/list/and1fan/
To unsubscribe, send to and1fan-unsubscribe@m...:

FREE group e-mail lists at http://www.findmail.com

10 **From:** wayne <crossoverking@h...>
**Date:** Sun Sep 6, 1998 3:35am
**Subject:** Site Updated

*****************
The AND 1 Basketball site has been updated with a bit more stuff.
I got another new logo. If you hate it please tell me. A new poll was also added.

*****************
There have been talks on the site about a new shoe being made by AND 1. It is called the AND 1 Lottery. If a

Thanks

P.S to go straight to AND 1 Basketball hit http://members.tripod.com/~AND1fan/

List Site: http://www.findmail.com/list/and1fan/
To unsubscribe, send to and1fan-unsubscribe@m...:

FREE group e-mail lists at http://www.findmail.com

11 **From:** AND 1 Fan <crossoverking@h...>

SBD 000104

Yahoo! Groups : and1fan Messages :1-15 of 41

Case: 1:03-cv-03672 Document #: 1 Filed: 05/29/03 Page 109 of 129 PageID #:109

Page 6 of 8

**Date:** Thu Sep 24, 1998 3:12am
**Subject:** Site Updated

-----

Free e-mail group hosting at http://www.eGroups.com/

Subscribe, unsubscribe, opt for a daily digest, or start a new e-group
at http://www.eGroups.com -- Free Web-based e-mail groups.

12 **From:** AND 1 Fan <crossoverking@h...>
 **Date:** Thu Sep 24, 1998 3:19am
 **Subject:** Site Updated
****************

Hey AND 1 Fans the site as been updated with some new pics courtesy of Ramon Perez. I'll have up some new Ge

****************

I'm still going threw all the magazines looking for pics and/or news about the AND 1 Lottery. If anyone find

****************

To buy all the best AND 1 Stuff fly by:
http://www.eastbay.com
http://www.footaction.com
http://www.champssports.com
http://www.footlocker.com

              Thanks

http://members.tripod.com/~AND1fan/ is where to go for AND 1 Basketball "ALL DAY LONG"

-----

Free e-mail group hosting at http://www.eGroups.com/

Subscribe, unsubscribe, opt for a daily digest, or start a new e-group
at http://www.eGroups.com -- Free Web-based e-mail groups.

13 **From:** AND 1 Fan <crossoverking@h...>
 **Date:** Sun Oct 4, 1998 9:54pm
 **Subject:** Site Updated

Hey AND 1 Fans the AND 1 Basketball site has been updated with new stuff

SBD 000105

04/18/2002

**************
There is a new pic of the AND 1 Shook-Em Mid on the site. A new poll was also added.
**************
In case you haven't heard yet the Racer Mid and Shook-em were released on October 1st. You can buy them at S
**************
The guy that has been giving me the great pics is Ramon Perez. If you have any great AND 1 Pics please send
**************

           See Yall Later

P.S http://members.tripod.com/~AND1fan

-----
Free e-mail group hosting at http://www.eGroups.com/

---

Subscribe, unsubscribe, opt for a daily digest, or start a new e-group
at http://www.eGroups.com -- Free Web-based e-mail groups.
14  **From:** AND 1 Fan <crossoverking@h...>
    **Date:** Sun Oct 11, 1998 3:30am
    **Subject:** NEW AND 1 CHATROOM

**************
The AND 1 Basketball site has a new and better chat room. Now you can sound off to other AND 1 Fans about wh
**************
The whole site will be updated soon. An e-mail will be sent telling you about that.
**************
The official AND 1 Site is going to be updated soon. If you saw the SLAM Magaizine you've seen what it looks

           Until then
           Keep drainin Jumpers

http://members.tripod.com/~AND1fan/

-----
Free e-mail group hosting at http://www.eGroups.com/

---

Subscribe, unsubscribe, opt for a daily digest, or start a new e-group
at http://www.eGroups.com -- Free Web-based e-mail groups.
15  **From:** AND 1 Fan <crossoverking@h...>
    **Date:** Sun Oct 18, 1998 2:25am

SBD 000106

**Subject:** Site Updated

```
***********
Hello Ballers around the world. The AND 1 Basketball web site has been updated. New Kicks were added from th
***********
In case you don't know The AND 1 Lottery will be available on February 5th. Both the Lottery in black/silver
***********
Be sure to head by these site for The best kicks and apparel on the web:
```

http://www.footaction.com

http://www.champssports.com

http://www.eastbay.com
```
***********
```

                    Until Next Time

http://members.tripod.com/~AND1fan/

------

Free e-mail group hosting at http://www.eGroups.com/

---------------------------------------------------

Subscribe, unsubscribe, opt for a daily digest, or start a new e-group
at http://www.eGroups.com -- Free Web-based e-mail groups.

1-15 of 41 | **Previous** | **Next** [ First | Last ]

Collapse Messages

Copyright © 2002 Yahoo! Inc. All rights reserved.
Privacy Policy - Terms of Service - Guidelines - Help

Msg # [_____] [Go]

SBD 000107

04/18/2002

Page 1 of 6

Groups Home - Yahoo! - Account Info - Help



YAHOO! Groups

Welcome, Guest

**and1fan · AND1 B-ball Fans**

Register - Sign In

[ Join This Group! ]

Welcome
eGroups
Members!

[ Learn More ]

Home
▶ **Messages**
Chat
Files
Photos
Bookmarks
Database
Polls
Calendar
Promote

☆ = Owner
☆ = Moderator
@ = Online

**LOSE 10 POUNDS BY MAY 21st!**

Height: [5] ft [4] in Weight: [   ]

Click Here to Lose 10 lbs - START NOW!

eDiets

**Messages**

Collapse Messages

16-30 of 41 | **Previous** | **Next** | [ First | Last ]

16 **From:** Aint going to tell <guesswho_142@h..>
— **Date:** Mon Oct 19, 1998 3:51pm
**Subject:** Hey!!!

Hey~
    The name is David. And1 is the best. I have a question for you!
Do you know a web site were I can find pictures ( like on the back of
shirts??)

                    And1 fan,
                        David

_____

17 **From:** AND I Fan <crossoverking@h...>
— **Date:** Sat Oct 31, 1998 2:39am
**Subject:** AND 1 Lottery Pic on the site.

* * * * * * * * * * * *
Hey AND 1 fans a pic of the AND 1 Lottery has finally made it to the site. Special thanks to Harry Schedlbau
* * * * * * * * * * * *
A new poll was added as well. It just asks what recent pair of AND 1 kickz is your favorite.
* * * * * * * * * * * *
The NBA season is still being delayed. For right now there will be no games until Nov. 30. Like most NBA fan
* * * * * * * * * * * *

Subscribe, unsubscribe, opt for a daily digest, or start a new e-group
at http://www.eGroups.com -- Free Web-based e-mail groups.

SBD 000108

Case: 1:03-cv-03672 Document #: 1 Filed: 05/29/03 Page 113 of 129 PageID #:113

Until the next game

P.S http://members.tripod.com/~AND1fan/ to see AND 1 Basketball.

-----

Free e-mail group hosting at http://www.eGroups.com/

-----

Subscribe, unsubscribe, opt for a daily digest, or start a new e-group
at http://www.eGroups.com -- Free Web-based e-mail groups.

18  **From:** AND I Fan <crossoverking@h...>
   **Date:** Sat Nov 7, 1998 8:48pm
   **Subject:** New Design

**********

Hey AND 1 Fans the AND 1 Basketball has got a new design. Just a little bit more flava to spice up the site.
**********

I have been hearing rumors in magazines and on the Message Board that Stephon Marbury may come back to AND 1
**********

The NBA season is still on hold. The NBA may just cancel the 98-99 season. Until the owners and players come

Until The Next Game

http://members.tripod.com/~AND1fan/

-----

Free e-mail group hosting at http://www.eGroups.com/

-----

Free Web-based e-mail groups -- http://www.eGroups.com

19  **From:** Kadify <afroman4@h...>
   **Date:** Mon Nov 16, 1998 1:39am
   **Subject:** I've got pics

I have pics of And1 apparel, shoes, etc.
which I didn't see on your site.
I would be willing to e-mail to you,
if you want 'em.

   --Kadify

SBD 000109

Yahoo! Groups : and1fan Messages :16-30 of 41

Page 3 of 6

-----

See the original message at http://www.egroups.com/list/and1fan/?start=17

-----

Free Web-based e-mail groups -- http://www.eGroups.com

20 From: Ramon Perez <and1hughes@h...>
   Date: Sun Nov 15, 1998 5:53pm
   Subject: Re: I've got pics

What shoe pics do you have.

-----

Free Web-based e-mail groups -- http://www.eGroups.com

21 From: AND1Rocky@a...
   Date: Sun Nov 15, 1998 8:50pm
   Subject: Re: I've got pics

Does anyone have The AND1 lottery pic that was in the Footaction starwire
newsletter .

-----

Free Web-based e-mail groups -- http://www.eGroups.com

22 From: AND1Rocky@a...
   Date: Mon Nov 16, 1998 6:03pm
   Subject: AND1.com

I emailed a worker for AND1 and she said that the AND1.com will be improved
by the end of the week. She said that some players have to approve of it
first.     Also i just received my Footaction Star mag it has a couple of shoes, shirts,
and short. I hope Footaction has another AND1 commercial like last year.

-----

Free Web-based e-mail groups -- http://www.eGroups.com

23 From: AND1Rocky@a...
   Date: Thu Nov 19, 1998 7:12pm
   Subject: AND1 Coordinators

check out  <A HREF="http://www.footaction.com">Footaction U.S.A.</A> for the
black red coordinaters. they are o.k.
My question is why would AND1 re release the coordinators was the shoe that
good

-----

Free Web-based e-mail groups -- http://www.eGroups.com

24 From: AND1 Fan <crossoverking@h...>
   Date: Sat Nov 28, 1998 2:26am

SBD 000110

Case: 1:03-cv-03672 Document #: 1 Filed: 05/29/03 Page 115 of 129 PageID #:115

Yahoo! Groups : and1fan Messages :16-30 of 41

Page 4 of 6

**Subject:** Site Under Construction
**********

Hey AND 1 fans there will be some changes on the site. I am looking to find all the AND 1 fans that know abo

**********

So just e-mail me saying why you should be a part of the AND 1 Basketball family. My e-mail address is cross

Thanks

http://members.tripod.com/~AND1fan/
---------------------------------------------
Free Web-based e-mail groups -- http://www.eGroups.com

25 **From:** AND1Rocky@a....
   **Date:** Mon Nov 30, 1998 4:33pm
   **Subject:** AND1.com updated

<A HREF="http://www.and1.com">AND1</A>

Free Web-based e-mail groups -- http://www.eGroups.com

26 **From:** AND 1 Fan <crossoverking@h...>
   **Date:** Sun Dec 6, 1998 2:30am
   **Subject:** Construction Is Over

**********

AND 1 Fans around the net; the AND 1 Basketball has finished construction on the site.
**********

Check it out and tell us how you like the
new AND 1 Basketball.
**********

ALL DAY LONG

http://members.tripod.com/~AND1fan/
---------------------------------------------
Free Web-based e-mail groups -- http://www.eGroups.com

27 **From:** AND 1 Fan <crossoverking@h...>
   **Date:** Tue Dec 8, 1998 2:38am
   **Subject:** New Address

**********

The AND 1 Basketball site has got a new address.
http://surf.to/and1basketball
**********

SBD 000111

04/18/2002

Yahoo! Groups : and1fan Messages :16-30 of 41

Page 5 of 6

Case: 1:03-cv-03672 Document #: 1 Filed: 05/29/03 Page 116 of 129 PageID #:116

The old address (http://members.tripod.com/~AND1fan/) still works, but to save time, go to surf.to/andibaske

**********

Play for the LOVE of the GAME

P.S http://surf.to/andibasketball

-----------------------------------------------------------------------

Free Web-based e-mail groups -- http://www.eGroups.com

28 **From:** crossoverking@h...
   **Date:** Mon Jan 25, 1999 1:00am
   **Subject:** Update

http://surf.to/andibasketball
**********
The AND 1 Basketball site has been updated with new stuff. The "players to watch" section has been added, bu
**********
Other new stuff were added as well, but i think you can check it out yourself.

-----------------------------------------------------------------------

eGroup home: http://www.eGroups.com/list/andifan
Free Web-based e-mail groups by eGroups.com

29 **From:** crossoverking@h...
   **Date:** Sun Feb 14, 1999 2:52am
   **Subject:** Site Updates

http://surf.to/andibasketball
**********
The AND 1 Basketball site has been updated. Check out the new info on Larry Hughes, and how he is taking up
**********
http://surf.to/andibasketball

-----------------------------------------------------------------------

eGroup home: http://www.eGroups.com/list/andifan
Free Web-based e-mail groups by eGroups.com

30 **From:** crossoverking@h...
   **Date:** Sun Feb 28, 1999 5:47pm
   **Subject:** All AND 1 Team

**********
The And1 Basketball site is putting up a poll for the All AND 1 Team.
You can choose position-by-position on who you think should be sporting and1 gear. The poll will go throughou

SBD 000112

Yahoo! Groups : and1fan Messages :16-30 of 41

Page 6 of 6

given a week later. Then check back then to see the All AND 1 Team.
***************

As you probably already know, Raef LaFrentz went down with an injury
against the Mavs a few days back. He'll have the rest of his rookie
season on the bench.
***************

In case you don't know, this e-mail goes to all 65 subscribers of And1
Fan. If you reply to this message, it will go back to all of them.
Or you can just send an e-mail to and1fan@... If you have
something to say, please don't make it stupid, or a waste of an
e-mail. The subject is AND 1 so remember that.
***************

http://surf.to/and1basketball

-------------------------------------------------------------------

eGroup home: http://www.eGroups.com/list/and1fan
Free Web-based e-mail groups by eGroups.com

**16-30 of 41** | **Previous** | **Next** | [First] | [Last]

Collapse Messages

Copyright © 2002 Yahoo! Inc. All rights reserved.
Privacy Policy - Terms of Service - Guidelines - Help

SBD 000113

Yahoo! Groups : and1fan Messages :31-41 of 41

Page 1 of 10

Case: 1:03-cv-03672 Document #: 1 Filed: 05/29/03 Page 118 of 129 PageID #:118

# YAHOO! Groups

**Need HEALTH INSURANCE?**

[ GET QUOTES ]

Register - Sign In
[ Join This Group! ]

**Welcome, Guest**
**and1fan · AND 1 B-ball Fans**

Welcome
**eGroups**
Members!

[ Learn More ]

Home
▶ **Messages**
Chat
Files
Photos
Bookmarks
Database
Polls
Calendar
Promote

☆ = Owner
☆ = Moderator
☺ = Online

## Messages

Collapse Messages

Msg # [        ] [ GO ]

31-41 of 41 | **Previous** | **Next** [ First | Last ]

31  **From:** crossoverking@h...|
    **Date:** Tue Mar 16, 1999 7:58pm
    **Subject:** AND 1 B-ball Fans Results Halfway Threw All AND 1 Team Poll

```
*************
The results halfway threw the All AND
Team Poll have been posted.
Just a reminder
that those are not the final results.
They will be shown at the end of the
month. Some players
could go up and others could go down.
This was just to give
you a little idea on who people have been
voting for. At the end of the month check
back to go position by position and see who made it
on the All AND 1 Team.
*************
```

http://surf.to/and1basketball

```
--------------------------------
eGroup home: http://www.eGroups.com/list/and1fan
Free Web-based e-mail groups by eGroups.com
```

32  **From:** wayne yip <sp33dy213@e...>

SBD 000114

Yahoo! Groups : and1fan Messages :31-41 of 41

Page 2 of 10

Case: 1:03-cv-03672 Document #: 1 Filed: 05/29/03 Page 119 of 129 PageID #:119

**Date:** Mon Mar 22, 1999 9:15pm
**Subject:** AND 1 B-Ball Fans No Subject

Ok! RepLied

eGroup home: http://www.eGroups.com/list/and1fan
Free Web-based e-mail groups by www.eGroups.com

33  **From:** crossoverking@h...
    **Date:** Fri Apr 2, 1999 2:31am
    **Subject:** AND 1 B-Ball Fans All AND 1 Team

!!!!!!!!!
The All AND 1 Team is here! Check out who you all voted in each position
as a part of the Squad. Again, thanks to all the and 1 fans who voted.
#############
A new poll was also added to the site. It just asks what your favorite
AND 1 kicks are.
&&&&&&&&&&
In case ya didn't know, Flash (a.k.a Darrel Armstrong) got Player of the Week for the week of March 22-30.
In case ya didn't know, Flash (a.k.a Darrel Armstrong) got Player of the Week for the week of March 22-30.
on the bench, being cut, or even playing in the CBA, Darrel is earning
his paycheck by averaging 13 points along with 6 dishes per night. I smell
a 6th Man Award.
*********
http://surf.to/and1basketball

eGroup home: http://www.eGroups.com/list/and1fan
Free Web-based e-mail groups by eGroups.com

34  **From:** crossoverking@h...
    **Date:** Mon May 17, 1999 2:28am
    **Subject:** AND 1 B-Ball Fans Spree Commercial

AND 1 Basketball News Letter 5/16/99

Latrell Sprewell has stirred up a lot of controversy around the
"AND 1 Fan World." His commercial just topped it all off.
Many people have been critical of the 2nd ever
AND1 commercial. I personally thought the commercial was pretty tight.
To see what all you ballers think I have decided to put up a
poll about on the site. Just answer yes if you liked it and no if you didn't.

In the Playoffs, Spree and the Knicks have been tearing it up.
Earlier today they beat the Heat to win the series 3-2.
Latrell spotted the Lottery's and the Crossover Mids

SBD 000115

Case: 1:03-cv-03672 Document #: 1 Filed: 05/29/03 Page 120 of 129 PageID #:120

during the series. Larry Hughes and the Sixers also beat
their competition (the Magic).
He wore the Crossover Mids the whole series threw.
On the other side of the ball Darrel Armstrong and the Magic
were put out of the postseason. He also wore the Crossover Mids.
Chris Webber and the Kings were taken out of the playoffs in
game 5 today. He again sported the Crossovers. Other AND1 endorsers
played in the playoffs,(Rex Chapman, Sam Mack) both did
virtually nothing, but Mack did have a 20 point night .

http://www.and1basketball.cib.net
http://surf.to/and1basketball

---

eGroups.com home: http://www.egroups.com/group/and1fan
http://www.egroups.com - Simplifying group communications

35 **From:** crossoverking@h...
   **Date:** Fri Jul 2, 1999 7:23pm
   **Subject:** AND 1 B-Ball Fans News Letter

AND 1 Basketball 7/2/99

#############
Nothing is really new on the site; except a pic from Footaction
which showcases the AND 1 Finger Roll. I like this shoe a lot. The
only thing is that its $85. Thats more than any other AND1
shoe to ever come out.
^^^^^^^^^^^^

The NBA Draft was a couple of days ago, and there were some pretty
good point gaurds in it. Hopefully AND 1 can pick up guys like Baron
Davis, Steve Francis, Jason Terry, or William Avery.
***********
Not too much more going on with the brand or with the site.
&&&&&&&&&&&

http://and1basketball.cib.net
http://surf.to/and1basketball

---

SBD 000116

Yahoo! Groups : andifan Messages :31-41 of 41

Case: 1:03-cv-03672 Document #: 1 Filed: 05/29/03 Page 121 of 129 PageID #:121

Page 4 of 10

eGroups.com home: http://www.egroups.com/group/andifan
http://www.egroups.com - Simplifying group communications

36  **From:** crossoverking@h...
    **Date:** Sun Jul 18, 1999 3:19am
    **Subject:** AND 1 B-Ball Fans Newsletter

AND 1 Basketball Newsletter 7/17/99

!;!;!;!;!;!;!;!;

Hey Andi Ballers around the globe. The AND 1 B-Ball site has a new
chatroom! I thought it would be tight if we could get all the Andi fans
together so we could all talk with each other bout AND 1. So I'm gonna
try and set up chats for every WEEKDAY at 9:00 eastern 8:00 central and
6:00 pacific. I should be there at least for the first one. (My user
name is Site Owner). If this doesn't work out, then I'll have to think
of another way to get all the AND 1 fans together.
**************

People have been asking about the AND 1 Mix Tape Volume 1. All I can
tell you is that the tape is phat. It's a bunch of highlights from
tournaments up in Queens, NewYork. It features Rafer "Skip to my Lou"
Alston along with other New York Ballers. Rafer's just making defenders
look sad. I don't know where you can pick up the tape, cause one of the
tightest AND 1 reps around mailed me a copy.

Catch Yall Later

http://andibasketball.cjb.net
http://surf.to/andibasketball

eGroups.com home: http://www.egroups.com/group/andifan
http://www.egroups.com - Simplifying group communications

37  **From:** crossoverking@h...
    **Date:** Tue Oct 26, 1999 1:49am
    **Subject:** AND 1 B-Ball Fans ---------Updates and Mix Tape Info--------

Newsletter 10/25/,99

****************

SBD 000117

Case: 1:03-cv-03672 Document #: 1 Filed: 05/29/03 Page 122 of 129 PageID #:122

04/18/2002

The And 1 Basketball site has been updated with some new stuff for the new NBA season. The Players section will be updated in a few days.
****************

Some AND 1 ballers are getting another chance in the NBA this season.
Rafer "Skip to my Lou" Alston will be balling up in Milwaukee with the bucks. After being cut by the Hawks, Shammond Williams will get a second chance in the NBA with the Seattle Sonics. He hopes to get some playing time behind GP during the season.
****************

With the TONS of e-mails I have recieved about the AND 1 Mixtapes, I decided to give yall a little review of the them. The AND 1 Baller said the Volume 1 mixtape could be bought at Ebay for five dollars, but some Footactions are giving them away with any purchase of AND 1 stuff. I just tryed to give yall a sneak peak of the Volume 1 and 2, hopefully you can find some way to pick one up.
****************

UNTIL NEXT TIME
KEEP BALLING

andlbasketball.cjb.net

38  From: mike john <crossoverking@h..>
    Date: Sat Apr 14, 2001 9:32pm
    Subject: Newsletter

***********
Andlbasketball
http://andlbasketball.xiy.net
***********

^^^^^^^^^^^^
Purpose: To get yall on the up and up with the brand and the andlbasketball site
^^^^^^^^^^^^

***********
Wassup to all the andlballers!
In case yall didn't notice, the address for the andlbasketball site has changed. While we still role by the name of And1 Basketball, we got xiy.net tacked on to the end.
***********

***********
I gotta apologize to the TONS of and1 hoopsters who sent Shoe Reviews but never had em posted. Just cause some lazy webguy didn't feel

SBD 000118

Case: 1:03-cv-03672 Document #: 1 Filed: 05/29/03 Page 123 of 129 PageID #:123

like postin em (we're not naming any names). The Shoe Review has
changed for the better though. Instead of waiting a couple days to
see if it'll even get on the site, you can now just post it on
whatever shoe you feel like talking about. Again, my bad to all you
true and1 fans who didn't have your reviews posted.
**************

**************
Lets see...The Playoffs are rollin around once again, and they're
gonna be a few and1 reps showin out. We got KG, Spree, D. Strong,
and Skip to My Lou (yes he's on the Buck's roster), all representin
for the AND1.
**************

**************
For the 98% of the U.S that doesn't reside in the NYC, ya betta catch
the next train to Manhattan. On April 20th, AND1 will be releasing
the custom made Mad Game Mid, worn by Latrell Sprewell, at
Footlockers ONLY in the New York area. Aint that a b*tch!
**************

**************
AND1.com has been updated a little, so if you haven't already, you
might wanna fly by there. Ya..I'm gettin use to owning the #2 AND1
site on the web,...but I aint bitter...(really, i'm not).
**************

**************
Much luv to all the And1 fans who've been hittin the site. Your
support is what has made the site last so long. I know yall keep
stressin me for the updates, but I'll do what I can. I'm also gonna
be able to respond to more of your e-mails (as long as it aint about
me hookin you up with a mixtape).
**************

Until next time
Keep ballin
****************************
*And1basketball.xiy.net*
****************************
39 From: mike john <crossoverking@h...>
— Date: Sat Apr 14, 2001 9:52pm
Subject: Correction*

SBD 000119

Yahoo! Groups : and1fan Messages :31-41 of 41

Page 7 of 10

Case: 1:03-cv-03672 Document #: 1 Filed: 05/29/03 Page 124 of 129 PageID #:124

*********

For all yall that got the Newletter and was wondering "who the hell
is mike john?"...That was just another one of those unprofesional
screwups at the and1basketball site. Trust me there ain't anybody
around here with the name mike john, and if there was, we'd change
there name to MJ Sweet or something.
*********

Peace

40 **From:** And1 Basketball <crossoverking@h...>
__ **Date:** Mon Jun 25, 2001 4:47am
**Subject:** Newsletter

*************
Wassup to all the And1 Ballers across the world, this is the And1
Basketball Newsletter. What I try to do here is get you up to date
on the news and events going on with the brand and the and1
basketball site.
*************

As most of you know, the And1 Mixtape Tour is kickin off and after
the rain postponed the game on Saturday, they were able to get the
stuff started Sunday in New York. From what I've heard, the thing
was tight as hell, but only the lucky ones...the people in the first
few bleachers who were over 6'4...could peep the whole thing. It was
a big turnout at 138th & Riverside...if you weren't nudgin shoulders
with people on ya left and ya right, you must of been on the
court...and the players didn't disappoint. If some of yall niggas
from the NYC that attended the thing...and had good seats...could hit
up the site on the news board with stuff you saw, that'd help out
alotta ballers.
*************

Any of you NYC playas who missed it...i doubt to many did...the
Entertainers Basketball Classic at the Rucker is kickin off Monday
and Skip to My Lou is gonna be representin on the Tommy Hilfiger
squad. Check ruckerpark.com for the latest info.
*************

Now to the promotional giveaway thing we're gonna be having on the
site...hopefully. Once we get the final stuff done with the guy
running the Mixtape Tour...there'll be another newsletter sent out
strictly about the contest and how you can win. Main thing you gotta
know is its a playground name contest...you tell us your name on the
streets...then tell us how you got it in 3 lines or less. Just to
let yall know, the 10 people who do win will get a mixtape tour t-
shirt and copy of vol.4.
*************

SBD 000120

Yahoo! Groups : and1fan Messages :31-41 of 41

Case: 1:03-cv-03672 Document #: 1 Filed: 05/29/03 Page 125 of 129 PageID #:125

Page 8 of 10

04/18/2002

I've been seeing how yall go back and forth on the boards talkin about all kinds of stuff, so I thought it'd be a good idea to have scheduled chats on the site every night starting at around 9pm.  All you people who be hittin up the site on the boards and other interactive stuff...go chat with other and1 fans in the chat room.
Chat times every night:
9pm eastern
8pm central
6pm pacific
***********
All you wannabe mixtape ballers can now send in a tape to And1...(get the form off the main page)...and see if you got what it takes to be on the next mixtape.
***********
Much luv to all the people who hooked me up with info like my dog strykerNYC who was at the And1 game yesterday but got there a little late and stared at the back of people's heads for most of the day.
***********
Until next time

Peace

http://andibasketball.cjb.net
41  **From:** And1 Basketball <crossoverking@h...>
    **Date:** Sat Jun 30, 2001 4:30am
    **Subject:** Playground Name Contest

*************************
*Playground Name Contest*
*************************

Yeah that's right, AND 1 Basketball has got an official giveaway rollin' for it.

See we can't really check all the best streetballers in the world over the net, but we can check out their names and how they got 'em.

Cats like Skip to my Lou, got his name from the commentators Tango & Cash who cover the Rucker tournament every year by dazzling them, the fans and his opponents each game with a new and improved combination of moves and headache of course got his name from those migraines that he consistently gives defenders, pro and amateur alike.

Well now AND 1 wants to know how you got your name!!

SBD 000121

Case: 1:03-cv-03672 Document #: 1 Filed: 05/29/03 Page 126 of 129 PageID #:126

So this contest is pretty simple:

You tell us your name on the courts...then tell us BRIEFLY (3 lines or less..any longer than that won't be accepted) how you got that name.

Be creative, and if you don't have real game on the court, no need to enter!!!

\*\*\*\*\*\*\*\*\*\*\*
Prizes
\*\*\*\*\*\*\*\*\*\*\*

We got a hookup with the cat runnin' the AND 1 Mix Tape Tour, Kamau Z. (a.k.a. KZR).

He's promised to hit up the winners (the top 10 names) with exclusive Mix Tape Tour T-shirts featuring Skip and/or Hot Sauce!!

If you've got no game, at least you can look like you do in one of these tees.

\*\*\*\*\*\*\*\*\*\*\*
More important info:
\*\*\*\*\*\*\*\*\*\*\*

In order to have a chance to win, you can only submit ONCE, with ONE name.

You gotta fill out other info such as your address, phone number, and e-mail address. None of this information will be used in any way other than to send stuff to you if you win, but you CANNOT leave anything blank, or else your submission won't count. This contest is only for residents in the U.S. and Canada.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*And1 Basketball\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

SBD 000122

Yahoo! Groups : and1fan Messages :31-41 of 41

http://and1basketball.c>b.net

31-41 of 41 | **Previous** | **Next** [ First | Last ]

Collapse Messages

Msg #

Copyright © 2002 Yahoo! Inc. All rights reserved.
Privacy Policy - Terms of Service - Guidelines - Help

SBD 000123

04/18/2002



# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

DOCKET
MAY 3 0 2003

## Civil Cover Sheet

03C 3672

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Northern District of Illinois.

JUDGE GETTLEMAN



| | |
|---|---|
| **Plaintiff(s): SB Designs, Gary Sidney and Maurice Sidney,** | **Defendant(s):Reebok International, LTD and AND1 International,** |
| County of Residence: Cook | MAGISTRATE JUDGE KEYS |
| Plaintiff's Atty: Christopher V. Langone The Langone Law Firm 25 E. Washington Suite 1805 312-782-2000 | County of Residence: Defendant's Atty: |

II. Basis of Jurisdiction:    **3. Federal Question (U.S. not a party)**

III. Citizenship of Principal Parties **(Diversity Cases Only)**
              Plaintiff:- **N/A**
              Defendant:- **N/A**

IV. Origin :    **1. Original Proceeding**

V. Nature of Suit:    **840 Trademark**

VI.Cause of Action:    **Lanham Act**

VII. Requested in Complaint
              Class Action: **No**
              Dollar Demand: **N/A**
              Jury Demand: **Yes**

VIII. This case **IS NOT** a refiling of a previously dismissed case.

**Signature:**

**Date:**

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, print this form, sign and date it and submit it with your new civil action. **Note: You may need to adjust the font size in your browser display to make the form print properly.**    Revised: 06/28/00

DOCKETED
MAY 3 0 2003

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### EASTERN DIVISION

In the Matter of

SB Designs, Gary Sidney and Maurice Sidney,

     V.

Reebok International, LTD. and AND 1 International,

Case Number:

# 03C 3672

JUDGE GETTLEMAN

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

SB Designs , Gary Sidney and Maurice Sidney,

MAGISTRATE JUDGE KEYS

| (A) | | | | | (B) | | | | |
|---|---|---|---|---|---|---|---|---|---|
| SIGNATURE | | | | | SIGNATURE | | | | |
| NAME Christopher V. Langone | | | | | NAME Craig R. Frisch | | | | |
| FIRM The Langone Law Firm | | | | | FIRM The Langone Law Firm | | | | |
| STREET ADDRESS 25 E. Washington Suite 1805 | | | | | STREET ADDRESS 25 E. Washington Suite 1805 | | | | |
| CITY/STATE/ZIP Chicago, Illinois 60602 | | | | | CITY/STATE/ZIP Chicago, Illinois 60602 | | | | |
| TELEPHONE NUMBER 312-782-2000 | | FAX NUMBER 312-782-2022 | | | TELEPHONE NUMBER 312-782-2000 | | FAX NUMBER 312-782-2022 | | |
| E-MAIL ADDRESS | | | | | E-MAIL ADDRESS | | | | |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) 6211105 | | | | | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) 6274957 | | | | |
| MEMBER OF TRIAL BAR? | YES ☑ | | NO ☐ | | MEMBER OF TRIAL BAR? | YES ☐ | | NO ☑ | |
| TRIAL ATTORNEY? | YES ☑ | | NO ☐ | | TRIAL ATTORNEY? | YES ☐ | | NO ☑ | |
| | | | | | DESIGNATED AS LOCAL COUNSEL? | YES ☐ | | NO ☑ | |

| (C) | | | | | (D) | | | | |
|---|---|---|---|---|---|---|---|---|---|
| SIGNATURE | | | | | SIGNATURE | | | | |
| NAME | | | | | NAME | | | | |
| FIRM | | | | | FIRM | | | | |
| STREET ADDRESS | | | | | STREET ADDRESS | | | | |
| CITY/STATE/ZIP | | | | | CITY/STATE/ZIP | | | | |
| TELEPHONE NUMBER | | FAX NUMBER | | | TELEPHONE NUMBER | | FAX NUMBER | | |
| E-MAIL ADDRESS | | | | | E-MAIL ADDRESS | | | | |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | | | | | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | | | | |
| MEMBER OF TRIAL BAR? | YES ☐ | | NO ☐ | | MEMBER OF TRIAL BAR? | YES ☐ | | NO ☐ | |
| TRIAL ATTORNEY? | YES ☐ | | NO ☐ | | TRIAL ATTORNEY? | YES ☐ | | NO ☐ | |
| DESIGNATED AS LOCAL COUNSEL? | YES ☐ | | NO ☐ | | DESIGNATED AS LOCAL COUNSEL? | YES ☐ | | NO ☑ | |